UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19 P 3:04

U.S. DISTRICT COURT
DISTRICT OF MASS

DOCKET NO.: 04-12709 WGY

JAMES T. RICHARDS           )
                            )
VS.                         )
                            )
STEPHEN KING                )
SIMON AND SCHUSTER, INC.    )
WARNER BROTHERS, INC.       )

### MOTION TO AMEND AMENDED COMPLAINT AND ADD A DEFENDANT

Now comes plaintiff and hereby requests that this Honorable Court allow plaintiff to amend his amended complaint and add a defendant.

As reason therefore, plaintiff states that in his original and then the amended complaint, plaintiff requested an injunction against Warner Brothers, Inc. from further showing any broadcasts of the movie "The Green Mile", which was produced by Warner Brothers. At the time of the original and then the amended complaint, Plaintiff did not have the address to Warner Brothers, Inc. Now he does. He seeks to add Warner Brothers as a defendant.

Date: 1/11/05

Respectfully submitted,

James T. Richards, 22410, pro se
N.C.C.C., PMX-17
200 West St., PO Box 149
Dedham, MA 02027-0149