UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-12709 WGY

JAMES T. RICHARDS            )
                             )
VS.                          )
                             )
STEPHEN KING                 )
SIMON AND SCHUSTER, INC.     )
WARNER BROTHERS, INC.        )

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO AMEND AMENDED COMPLAINT**
**AND ADD A DEFENDANT**

I, James T. Richards, hereby declare that:

1) I am the plaintiff in the above-referenced action;

2) at the time I filed the original complaint, and the amended complaint, I did not have the address for Warner Brothers, Inc.

3) at the time I filed the original complaint, and the amended complaint, I requested an injunction in said complaints against Warner Brothers, Inc.

Signed this _____17_____ th day of January, 2005 under the penalties of perjury.

_____
James T. Richards, 22410, pro se
N.C.C.C., PMX-17
200 West St., PO Box 149
Dedham, MA 02027-0149