IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES T. RICHARDS,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN KING, SIMON AND SCHUSTER, INC. and WARNER BROTHERS, INC.<br><br>    Defendants | CIVIL ACTION<br>NO. 04-12709-WGY |

## NOTICE OF APPEARANCE

Please enter the following appearances on behalf of Defendants Stephen King and Simon and Schuster.

William R. Grimm, Esq.
and
Amy B. Spagnole, Esq.
Hinckley Allen Snyder LLP
28 State Street
Boston, MA  02109-1775
(617) 345-9000

                                                    Respectfully submitted,

                                                    STEPHEN KING and
                                                    SIMON & SCHUSTER, INC.

                                                    Defendants

                                                    By their attorneys,

                                                     /s/ Amy B. Spagnole
                                                    William R. Grimm (BBO# 212120)
                                                    Amy B. Spagnole (BBO#645304)
                                                    Hinckley Allen Snyder LLP
                                                    28 State Street
                                                    Boston, MA  02109
Dated:  January 27, 2005                            (Tel) 617-345-9000

#505552 v1