IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES T. RICHARDS,<br><br>     Plaintiff,<br><br>v.<br><br>STEPHEN KING, SIMON AND SCHUSTER, INC. and WARNER BROTHERS, INC.<br><br>     Defendants | CIVIL ACTION<br>NO. 04-12709-WGY |

### MOTION FOR ORDER GRANTING PETER HERBERT, ESQ.'S APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I, Amy B. Spagnole, an active member in good standing of the bar of the United States District Court for the District of Massachusetts, hereby move this Court for an Order granting the application of Peter Herbert, Esq. to practice in the United States District Court for the District of Massachusetts on a *pro hac vice* basis, representing Stephen King and Simons & Schuster, Inc. in the above-entitled action.

Attached hereto is a true and correct copy of the application completed by Peter Herbert, certifying that he meets each of the requirements for *pro hac vice* admission to practice before this Court.

#515330 v1

Pursuant to Local Rule 83.5.3(b), I have entered an appearance for Stephen King and Simon & Schuster in this action.

Respectfully submitted,

STEPHEN KING and
SIMON & SCHUSTER, INC.

Defendants

By their attorneys,

 /s/ Amy B. Spagnole
William R. Grimm (BBO# 212120)
Amy B. Spagnole (BBO#645304)
Hinckley Allen Snyder LLP
28 State Street
Boston, MA  02109
(Tel) 617-345-9000

Dated:  January 27, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES T. RICHARDS,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN KING, SIMON AND SCHUSTER, INC. and WARNER BROTHERS, INC.<br><br>    Defendants | CIVIL ACTION<br>NO. 04-12709-WGY<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PETER HERBERT *PRO HAC VICE*** |

    Pursuant to L.R., D. Mass. 83.5.3, Peter Herbert, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the United States District Court for the District of Massachusetts on a *pro hac vice* basis, representing Stephen King and Simon & Schuster, Inc. in the above entitled case.

    In support of this application, I certify on oath that:

1. I am an active member of the United States District Courts for the Southern and Eastern Districts of New York, the United States Courts of Appeal for the First and Second Judicial Circuits, the United States Supreme Court and the highest court of the State of New York;

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed this 26th day of January, 2005

                                                                  Peter Herbert (PH-2581)