IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES T. RICHARDS,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN KING, SIMON AND SCHUSTER, INC. and WARNER BROTHERS, INC.<br><br>    Defendants | CIVIL ACTION<br>NO. 04-12709-WGY |

NOTICE OF APPEARANCE OF
**WILLIAM R. GRIMM AND AMY B. SPAGNOLE**

Please enter the following appearances on behalf of Defendant Warner Brothers, Inc.

William R. Grimm, Esq.
and
Amy B. Spagnole, Esq.
Hinckley Allen Snyder LLP
28 State Street
Boston, MA  02109-1775
(617) 345-9000

                                        Respectfully submitted,

                                        WARNER BROTHERS, INC.

                                        Defendants

                                        By their attorneys,

                                         /s/ Amy B. Spagnole
                                        William R. Grimm (BBO# 212120)
                                        Amy B. Spagnole (BBO#645304)
                                        Hinckley Allen Snyder LLP
                                        28 State Street
                                        Boston, MA  02109
Dated:  February 10, 2005               (Tel) 617-345-9000

#516767