IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES T. RICHARDS,

      Plaintiff,

v.

STEPHEN KING, SIMON AND SCHUSTER,
INC. and WARNER BROTHERS, INC.

      Defendants

CIVIL ACTION
NO. 04-12709-WGY

**CORPORATE DISCLOSURE STATEMENT
FOR DEFENDANT SIMON & SCHUSTER, INC.**

In accordance with Local Rule 7.3, Defendant, Simon & Schuster, Inc., states that

it is an indirect wholly owned subsidiary of Viacom Inc.   Defendant further states that

Viacom Inc. is a publicly traded entity and that no other publicly held corporation owns

any of its stock.

Respectfully submitted,

SIMON AND SCHUSTER, INC.

Defendant

By its attorneys,

/s/ Amy B. Spagnole
William R. Grimm (BBO# 212120)
 Amy B. Spagnole (BBO#645304)
 HINCKLEY, ALLEN & SNYDER, LLP
28 State Street
Boston, Massachusetts 02109
Tel: (617) 345-9000
Fax: (617) 345-9020

#522078

Dated: March 18, 2005

and

Peter Herbert (admitted Pro Hac Vice)
500 Fifth Avenue, 33rd Floor
New York, New York 10111
Tel: (212) 930-1203

## CERTIFICATE OF SERVICE

I, Amy B. Spagnole, hereby certify that on the 18th day of March, 2005, I caused a copy of the foregoing Corporate Disclosure Statement to be served via first class mail, postage pre-paid on Plaintiff James T. Richards, N.C.C.C., TMX-17, 200 West Street, PO Box 149, Dedham, MA 02027-0149.

/s/ Amy B. Spagnole
Amy B. Spagnole

#522078