IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES T. RICHARDS,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN KING, SIMON AND SCHUSTER, INC. and WARNER BROTHERS, INC.<br><br>    Defendants | CIVIL ACTION<br>NO. 04-12709-WGY |

**CORPORATE DISCLOSURE STATEMENT FOR**
**DEFENDANT WATNER BROS. ENTERTAINMENT, INC.**

In accordance with Local Rule 7.3, Defendant Warner Bros. Entertainment Inc. states that it is a wholly owned subsidiary of Time Warner, Inc., a publicly traded company.

> Respectfully submitted,
>
> WARNER BROS. ENTERTAINMENT, INC.
>
> Defendant
>
> By its attorneys,
>
> /s/ Amy B. Spagnole
> William R. Grimm (BBO# 212120)
> Amy B. Spagnole (BBO#645304)
> HINCKLEY, ALLEN & SNYDER, LLP
> 28 State Street
> Boston, Massachusetts 02109
> Tel: (617) 345-9000
> Fax: (617) 345-9020
>
> and
>
> Peter Herbert (admitted Pro Hac Vice)

#520378

|  |  |
|---|---|
| Dated: March 18, 2005 | 500 Fifth Avenue, 33rd Floor<br>New York, New York 10111<br>Tel: (212) 930-1203 |

## CERTIFICATE OF SERVICE

I, Amy B. Spagnole, hereby certify that on the 18th day of March, 2005, I caused a copy of the foregoing Corporate Disclosure Statement to be served via first class mail, postage pre-paid on Plaintiff James T. Richards, N.C.C.C., TMX-17, 200 West Street, PO Box 149, Dedham, MA 02027-0149.

/s/ Amy B. Spagnole_____
Amy B. Spagnole

#520378