FILED
IN CLERKS OFFICE

2005 MAY 23· P 3: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-12709 WGY

| | |
|---|---|
| JAMES T. RICHARDS | ) |
| | ) |
| VS. | ) |
| | ) |
| STEPHEN KING | ) |
| SIMON AND SCHUSTER, INC. | ) |
| WARNER BROTHERS, INC. | ) |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Now comes plaintiff, and hereby requests that this Honorable Court grant plaintiff's request for summary judgment in plaintiff's favor.

As reason therefor, I (plaintiff) hereby aver that the above case was a complete fabrication. It was based on several coincidences: first, that I happened to be living near Stephen King in Bangor, Maine from 1987 to 1989; second, that during that time, I wrote an autobiographical manuscript in which a person named John Coffey (who is a real person who lived near Princeton, Maine) appeared on the first or second page of the manuscript (and John Coffey also was the name of one of the main characters in the novel, "The Green Mile", by Stephen King); and third, that the John Coffey in my manuscript was mentioned as someone who could help solve a health problem (and the John Coffey in "The Green Mile" by Stephen King was said to have extraordinary healing powers).

Furthermore, I falsely stated in my complaint that I sent a copy of my manuscript to Mr. King. The truth is, I do not recall sending a copy of my manuscript to Mr. King, and I almost certainly didn't.

The aforementioned coincidences are part of numerous coincidences in my life which collectively couldn't possibly have occurred naturally, which suggests they occurred supernaturally. If you think that sounds crazy, so do I. Because it sounds crazy, I have included some of the coincidences as evidence (Exhibit A) and to support the argument that Mr. King's very existence on this planet, and his authorship of "The Green Mile", may be part of a supernatural design whose purpose I'll let the reader puzzle together. (Of course, I could be just saying that to establish an insanity defense in case I am charged with a crime for bringing this false complaint.)

My primary purpose in bringing the false lawsuit against Author Stephen King and the other defendants was to get attention for my daughter, Shaina Catrina Richards, who since the age of three years and nine months has been living with her mother, Karen Towsley, and the stepfather, Robert Towsley, of 45 West Meadow Road in Haverhill, MA. Both the Towsleys ridicule, humiliate, and intimidate Shaina as a matter of routine, and have assaulted and hit Shaina on numerous occasions (Karen has been doing this since Shaina was an infant), and the Towsleys have traumatized Shaina by misusing the courts to rip from

Shaina's life <u>ALL</u> the people she loved, including particularly me her father, her cousins, and her paternal grandparents, and left her to live with two people who she detested and with the only maternal relative being a grandmother who hates blacks, Jews, Catholics, Arabs, and who knows what other groups.

Copious evidence of the abuse is available in the court records at the Essex Probate and Family Court.

I have admittedly gone to extremes to try to protect my daughter, as any good father would who cared about his child who was being hurt. By suing Stephen King and the other defendants, I believed that I could use the case to get enough media attention for my daughter's situation that at least her neighbors and teachers would look out for Shaina and limit the amount of abuse to which she was subjected by the Towsleys, because it has been clear to me for a long time that resort to the courts, DSS or the police was not going to protect my daughter. (It's important to remember that Haverhill, where my daughter lives, is in Essex County, where not long ago more than 100 children were reportedly raped and/or sodomized by a Catholic deacon and nobody noticed – not the parents, relatives, neighbors, teachers, principals, coaches, school nurses or psychologists, collectively totaling thousands of people – so it's no surprise that nobody in Haverhill has noticed that my daughter is being abused, because in Essex County there is apparently a culture of gross insensitivity to the emotional life of children, and why should my daughter, who is being abused, stand out any more than the many other children in Haverhill who are being abused, and no one in authority notices.)

It's also important to remember that the people who are supposed to be protecting my daughter are Americans – some of the very same people who recently blasted apart tens of thousands of Iraqi children, and maimed and mutilated tens of thousands of others, and the deaths of these children have virtually no emotional impact on most Americans. And that's wrong. One can argue about the need to invade Iraq and the horrible inevitability of "collateral casualties" in such an operation, but to be emotionally indifferent to the deaths of so many innocent people, caused by American soldiers, in an invasion which itself was unjustified, is to be morally corrupt. It's especially morally corrupt when professional baseball, basketball and football games, and golf, and pornography, are far more important to most American men than a lot of little Iraqi children whose faces, arms, legs, and brains happen to be splattered all over Iraq. And that's sick. This whole country of men is sick, and the women are just as bad. How many American women would give up a years' supply of makeup to save a third-world child? One percent? Sure, real winners.

In the scheme of things, what does it matter to these same American men and women that a little American girl is getting whacked around by some 58-year old American punk who calls himself a man? (Robert Towsley first began hitting my daughter when she weighed 42 pounds; Towsley weighs about 200 pounds.)

I can often tell much faster than most Americans when a child is being abused; in fact, I brought a lawsuit against Mass. Attorney General Thomas Reilly, three district attorneys, Jenny Jones of "The Jenny Jones Show", and others, to stop the abuse of children on "The Jenny Jones Show", and stop the exploitation of those abused children. Attorney General Reilly and the other defendants opposed my lawsuit zealously (in other words, they zealously supported the child abusers).

Child sacrifice is nothing new. It's just that, in modern America, we pretty it up, get rid of most of the blood, and call it entertainment.

Also, there was a show several years ago on 20/20 or Dateline where a mother allowed the show's producers to put cameras in her house to show that her two sons were acting up all the time, and I knew immediately (even if the show's producers didn't, and millions of viewers at home didn't) that the children were being abused by the mother, because there isn't a good mother on this planet who would allow cameras to be put into her home to show that her children are acting up and thereby embarrass the children before the entire world.

As it turned out, a year later the idiots who aired the show finally found out that indeed the children were being abused by the mother, but it cost the children a year of pain and trauma because the scumbags who made money off the television show are far better experts at exploiting and making a profit off abused children than they are at protecting them, or even knowing that they are being abused, which suggests that there aren't many good parents among these TV people, and perhaps most of them abuse their own children and don't even know that their behavior is abuse. What other explanation could there be for such insensitive shows which exploit abused children, and don't even know that the children are being abused when it's clear as day to those of us who are good parents?

I understand that many Americans might conclude I was wrong to file a false lawsuit against Mr. King et al. I've also read that 50% of Americans hit their children. For those Americans who don't hit little girls – and don't think little girls should be subjected to harassment, intimidation, trauma and pain – those are the ones who can likely understand why I did what I did. As for those who think it's all right to hit little girls, their opinion counts for nothing to me; their morality is warped and defective. They need to rearrange their brains and remove the cruelty and brutality.

I understand that American law allows some assaults, batteries, ridicule, harassment, intimidation, humiliation and trauma of every little girl. That's a standard created by both American judges and legislatures.

The judges and legislators are wrong. They need to clean up their acts. I don't accept their standard. Mine is a better, fairer, healthier, more loving standard. They must adjust their laws to my standard, as there is no way I'm adjusting my morality to theirs.

Certainly Mr. King and his co-defendants will feel wronged by my actions, and in tort law (and perhaps statutory law) they deserve compensation for their injuries. Also, under a moral view of the situation (as compared with a legal view – because in America, what's moral and what's legal often don't coincide), most reasonable, moral people would agree that the defendants deserve damages for the imposition that was brought on them.

But damages from whom? Me, who was acting to try to protect my daughter? Or from the government, which wrongfully failed to protect my daughter?

Well, the government in these kinds of situations almost never admits wrongdoing. I admit what I did may have broken a rule or law, but as I said, I did it in part because I hoped that the media attention would alert the people around Shaina – the good people, whether it be her neighbors, teachers, doctors and others – to protect her. As long as people are on the alert to protect my daughter, it's more difficult for the Towsleys to hurt her as much as they otherwise would. I don't want my daughter to grow up thinking it's appropriate for a man, or a woman, to bully her, traumatize her, or emotionally brutalize her.

Apparently most Americans, and the courts, think it's okay to pinch (hard), scratch (to the point of drawing blood), hit, twist the arms of, scream at and terrify little girls. I actually have legally-made audiotapes where the abuse of Shaina by Karen can be heard over and over, but I couldn't get anyone to even listen to the tapes, including my daughter's GAL, Lucille Leonard. Talk about gross incompetence; but it will come back to haunt her, because how can anyone ignore such direct evidence of abuse? There is no good GAL in America who would ignore such evidence. Plus, I gave Lucille Leonard pictures my daughter had drawn which clearly suggested evidence of abuse, and asked her to have the pictures analyzed by a child psychologist, and I would pay for it, but Lucille Leonard refused, because she knew that if the psychiatrist found abuse, Lucille Leonard would never again serve as a GAL, because the court would know that she left my daughter in a home with two child abusers.

Also on those audiotapes was a statement I made to Karen to the direct effect that:

"Karen, what are you talking about? You attacked me with a knife, you stabbed me with a pair of scissors – "
"That's all old stuff," said Karen.

It wasn't old stuff, because there's a six-year statute of limitations on assault and battery with a deadly weapon, but Lucille Leonard wouldn't listen to the tape, and I couldn't get the court which had jurisdiction to bring charges against Karen based on the admission on the tape (although if I had been a woman alleging that I had been stabbed, and I had an audiotape to support the allegation, I believe it's almost certain criminal charges would have been brought).

A large part of Lucille Leonard's income comes from GAL appointments by the court. She wasn't going to endanger her chances for future GAL appointments, so she decided to sacrifice my daughter to protect a large part of her income. (Lucille Leonard, who is divorced, has three daughters, all of whom benefited from the blood money that came from my daughter's suffering, which Lucille Leonard should have stopped, but didn't.)

Most Americans call themselves Christians. The problem is, they can't be good Christians and at the same time support brutality toward children. Jesus Christ said, "Do unto others as you would have them do unto you." He didn't say, "Spare the rod and spoil the child". That piece of advice came from an Old Testament adult who apparently didn't know how to raise children except by using cruelty and brutality.

Perhaps Christians who hit little girls think Jesus went around whacking children, ridiculing them, humiliating them, and intimidating them. Jesus loves you – Whack! Whack! Whack! Perhaps these same people think that if Jesus were alive today, he'd have a "Jesus Show" which would be like those Jenny Jones Shows (and other shows) where child-abusing parents (usually, the mothers) bring their kids who have been "acting up" onto the show so the children can be abused even more – to the satisfaction of a studio audience full of child abusers, and millions of child abusers viewing the show at home.

But Jesus wasn't a child abuser, was he? So why do so many American parents who call themselves Christians abuse their children? (Certainly there are also lots of American Jews, Muslims, Hindus, atheists, etc. who abuse their children. I don't mean to suggest that American Christians have a monopoly on child abuse.)

Our nation's leaders should be outraged when abused children are exploited for profit, whether it's for the amusement of millions of twisted American adults, or whether the exploitation occurs when psychologists and psychiatrists take advantage of the abuse by charging a lot of money to "treat" the children (when in fact it's usually the parents who need treatment). Many of these doctors aren't going to report the abuse by the parents to the authorities, because then they'll lose a paying customer – and every truly good psychologist and psychiatrist knows this exploitation of children by some "professionals" goes on every day, all over the United States.

Shows such as "The Jenny Jones Show" and "The Jerry Springer Show" (in which adults abuse each other) teach adults, and children, horrible lessons, but the shows remain on the air because our political leaders aren't willing to protect children, and because judges too often don't know right from wrong regarding children, are pathologically deficient in empathetic skills, are monstrously insensitive to the emotional life of children, or even if they recognize the abuse and want to do something, they can't, because the highest courts in the states, and the country, stand in their way, as do those millions of American parents who abuse their children, and abuse each other. They don't want anyone else telling them how to raise their children. If it was good enough for their parents to whip them until they bled, then it's good enough for them to whip their own children. (When I was living in Oklahoma in 1999, the legislature even passed into law a bill which allowed parents to "switch" their children. The meaning of "switch", according to every dictionary? "To whip".)

As for American judges, no judge in America is qualified to judge me or my actions until they take the time to understand how badly my daughter was being hurt, and listen to what others have seen and attested to, yet Judges Manzi and Stevens of the Essex Probate and Family Court have played the role of judges in my daughter's case with towering density, arrogance and indifference, and they ripped me out of my daughter's life and left her in the hands of two child abusers without ever providing a hearing where my family members could testify as to the abuse by the Towsleys. (American rules of legal decorum inhibit me from making such descriptions about the judges; instead, the rules virtually compel that I use truth-distorting or truth-eviscerating euphemisms).

Well, we can't have it both ways, can we? We either try for the full truth about judges, or we try to avoid the full truth, but since the best way to protect children requires that we try for the full truth, that's what I'm going to do, and if the judges don't meet high standards for protecting children, everyone needs to know – and if everyone else is afraid to tell the truth, I'm not. Judges Manzi and Stevens stink, and a lot of lawyers who practice before them know it, which means they stink, too, for allowing the judges to stay on the bench, although I understand their problem – if they tried to remove the judges from the bench, they would almost certainly fail, because it's almost impossible to remove bad judges, and judges – all judges – are partly responsible for that, which means that ALL American judges are complicit in the abuse of children.

I don't want to hear excuses from the judges. American judges are lawyers, trained to argue any side of an issue, including the dishonest sides, and I'm sick of dealing with liars. They all lie if they say all the judges they know are good judges. Judges routinely leave bad judges in Probate and Family Courts, even though the cost of doing so is the sacrifice of hundreds of thousands of children nationwide, or more. And all the judges in America know

it, which means ALL the judges in America are complicit in child abuse. All of them. They should hang their heads in shame, but instead many of them puff up and snarl out arrogance.

I suggest that arrogance is always an inappropriate emotion for an American judge.

Furthermore, the lawyers who know that Judges Manzi and Stevens are bad are all complicit in the child abuse in Essex County. They're all complicit in the physical and sexual abuse and emotional butchery of children which hurts thousands of Essex County children daily. (My current stand-by attorney in federal court, George Gormley, once practiced before Judges Manzi and Stevens and his views of their competence are consistent with mine, although he can't testify about what he experienced in their courts, since the last time he practiced before the judges was ten years ago.)

It's clear that the Essex court, and many other American courts, can't possibly conceive of the reality that someone like me can be an excellent father, even when my ex-wife Karen herself repeatedly told people I was a good father to Shaina – and all of my brothers and sisters not only agreed, but confirmed in affidavits that I was a good uncle to my nineteen nieces and nephews.

We should dispense with the fiction that the American government, or the government of Massachusetts, care as much about children as I do. They don't. I don't think children, any children, should be hit, and I think that parents who hit their children need to be taught a new way to raise and discipline children. If they can't cut it using the new and better ways but instead continue to resort to brutality and cruelty, something drastic needs to be done. I don't have time right now to consider what might be the best solution to the problem, but at least I know that the problem is far more important than Steroid Use in Baseball (for which there was recently a Congressional hearing) – so why aren't there Congressional hearings to confront the many problems, such as high divorce rates, which adversely affect millions of children?

The answer is simple. Politicians don't want to offend child abusers. They want the votes of child abusers – and they are willing to sell out America's children to get the votes of those child abusers. They do it all the time.

I don't want to hear excuses, nor do I want to hear attacks on me, or anyone else trying to protect children. I've been trying to get protection for children long before my daughter was born, and I found to my shock that this country is filled with adults who either don't care, or worse, who demand that they be able to continue the abuse. And that's sick.

Furthermore, if Americans truly cared about their children, American television would be used to nurture and educate children, whereas America's political leaders (almost all of whom receive cash and favors from television organizations and/or who live in fear of negative TV coverage from those same organizations) continue to allow American television – which is a larger presence in the life of many children than parents themselves – to "target" children in order to get them to buy things uncritically and inculcate them into a selfish and materialistic way of thinking at an age when they are most impressionable and least likely to be able to assess the truth of the many commercial messages with which their brains are being branded. (If the law was that every child's television show had to be educational, would children watch less television? Of course not – but it may take more thinking by the shows' writers, which is hardly too much to ask to help our children, right?)

If Americans truly cared about their children, all K-12 teachers would be first-rate intellects. They're not. Almost all are second-, third- and fourth-rate intellects, because

American politicians, the American people, and American parents aren't willing to pay what it takes to get first-rate intellects. They'll pay for garbage cable-TV channels, sports channels, pornography, fancy but unnecessary electronic gadgets, high-priced status symbol vehicles, and a lot of other things that are less important than children, but only a small percentage will come up with the extra money to hire top-of-the-line teachers. And these are the same dirtbags who presume to judge me?

If American parents truly cared about their children, they would make the sacrifices necessary to stay married, since studies repeatedly show that divorce harms children. Yet too many American parents won't make the sacrifices needed to stay married. That's why the law should change to force people to stay married once they have children, with few exceptions – yet politicians won't support such a law, because American politicians don't want to confront American parents with the truth and tell them to clean up their acts, for the sake of the children. Again, it's sacrificing children to get the votes of child abusers.

If Americans truly cared about children, they would make everything in the K-12 curricula which is amenable to computerized learning available in computer games, if those games could be made so that they are more efficient than classroom learning, which would certainly be the case for many items (however, this would reduce the demand for teachers, so many teachers would likely oppose such improvements if they "hurt" teachers, most of whom are complicit in abusing, misusing and exploiting children, which is easy enough to prove, because most teachers know of some teacher who shouldn't be teaching, yet rather than do everything in their power to remove that teacher from a school, they instead have contracts which protect such teachers – and by implication, hurt large numbers of the nation's children).

If Americans truly cared about children, they would make a classroom education from Harvard, Stanford, Yale, Princeton, the University of Chicago, and other great universities available to everyone for free or at extremely low cost (via cable-TV and the internet); and they would nationalize the scientific study of education to find optimum learning methods (nationalization is needed because of the cost, and for other reasons).

Perhaps nationalization would be a bad idea, though, because chances are it would quickly become so politicized as to become a welfare program for incompetent adults (as much of American education is today), rather than a path to dramatic improvements and efficiencies.

It's worth noting that as all kinds of efficiencies have developed in the past twenty years to teach children (and adults) cheaper and more effectively, the cost of education is not falling but instead is rising faster than most other things, and education is no more effective for most students today than it was twenty years ago. Educators easily forget that it cost nothing for Abraham Lincoln's education, yet he became a far better writer than most Ivy League graduates.

After she and her mother moved in with Robert Towsley in April, 2000, Shaina began saying to me, almost every time I saw her, "Daddy, I want you to get me a gun so I can kill Mommy", or "Daddy, I want you to get me a magic wand so I can kill Mommy", or "Daddy, I want you to throw a giant rock at Mommy." She said exactly the same things about the stepfather, Robert Towsley. (I recorded all this in a daily log of the abuse, which is on file with the court.)

If a child says such things once or twice, that's understandable. The child is angry about something. If my daughter says that to me almost every time I visit with her, which was three or four times a week, that's serious business, something bad is going on, but when I told this stuff to the police, DSS and the judges they didn't think it was of any significance whatsoever.

In addition, when Shaina was living with her mother in Tulsa, Oklahoma (before Shaina and her mother moved to Massachusetts to live with Robert Towsley), Shaina would fight with me every time the visit was coming to an end and it was time for her to return to Karen's home. These fights became even more desperate after Shaina and Karen moved in with Robert Towsley.

About six weeks after Shaina moved into Towsley's home, I picked her up for a visit, put her in the child's seat in the back of the car, and began driving to my mother's house. Along the way, Shaina said to me: "Daddy Bob [Robert Towsley] has a big thing. He showed me on the mattress."

Trying not to sound alarmed, I replied, "Oh, what was the big thing Daddy Bob showed you, honey?"

She got all tensed up (I could see her in the rear-view mirror) and said, "I'm not supposed to talk about it."

I didn't press the point, because she was obviously upset, but later I asked her again, "So, honey, what was the big thing Daddy Bob showed you on the mattress?"

Again, she got all tensed up and said, "I'm not supposed to talk about it."

Again, I didn't press her, because she was upset, so I called the Department of Social Services (DSS) about what she had said. They sent someone to the Towsley house, but nothing was done. The DSS social worker saw a clean house and a well-dressed child, so she stupidly and negligently concluded that everything was okay.

That should be no surprise. Statistically, it's certain that a fair number of people who work for DSS abuse their own children. We could find out which ones if we gave them all polygraphs. How many do you think would be willing to take a polygraph? They give FBI agents polygraphs, don't they? So why not give polygraphs to DSS workers who are responsible for protecting children? I think that's a good idea, don't you? And the only people who would object are child abusers themselves. Plus, why not give the Towsleys polygraphs about whether they hit, harassed, humiliated and terrified my daughter, and in Robert Towsley's case, exposed himself to my daughter? Wouldn't the Towsleys want to take such polygraphs, to put the allegations against them to rest? It's only if they are guilty that they would refuse to take the polygraphs. I'd take a polygraph on anything I've said about my daughter's abuse, so why won't the Towsleys take polygraphs?

If it's okay for the FBI to give polygraphs to its own agents to protect the country, shouldn't we give polygraphs to adults to protect children? Aren't children as important as the country? My child is to me, and any father who thinks differently about his own children isn't fit to be a father. Yet I'm living in a country which is filled with unfit fathers, unfit mothers, and unfit leaders, such as President Bush, who think that blasting tens of thousands of children into millions of bloody clumps is less important than meeting with the Red Sox or Patriots at the White House so these sterling men can show the president their rings (in Latin, the word for "ring" is "anus").

Several weeks ago, DSS put a four-year-old child into one of its foster homes and the child was killed two days later, which suggests what I and many others have long known – that DSS has severe limitations, many social workers who work at DSS are incompetent, DSS is inadequately funded (because to Republicans and Democrats, at-risk children aren't as important as admiring the rings of athletes), the department often does more harm than good, and certainly DSS employees aren't qualified to uncover most emotional abuse in a 20 to 30 minute visit with the child which is held in the presence or near-presence of the abusers themselves.

Despite widespread evidence of DSS incompetence in so many of its cases, we have otherwise intelligent people like Pulitzer-Prize-winning newspaper columnist Eileen McNamara of the Boston Globe writing a column about DSS employees in which she suggests that these are all wonderful, selfless people. Many are not. The DSS social worker who visited my daughter in 2001 never even contacted anyone in my family, even though DSS had copies of the nine affidavits I sent them.

The courts shouldn't be making decisions which can ruin a child based on what they believe are the statistical chances that the mother is a good mother. That's like playing Russian roulette with children – which in effect is exactly what DSS and the courts do. Where there is significant evidence of abuse, the court should order psychological testing of the child to see what DSS won't see – what's going on behind closed doors. (I asked the court for such testing, and offered to pay for the entire cost, but Judge Stevens denied my request, because he apparently has little understanding of child abuse, and how child abusers can terrify a child into saying nothing.)

My cousin, Anthony Antonellis, is a social worker who once worked for DSS. He spent dozens of hours with my daughter and saw her in the company of other children. Afterwards, he drafted and signed an affidavit saying that the abuse of my daughter by the Towsleys was so bad that she should be taken out of the Towsley home. That was in September, 2000. Eight other of my family members have signed affidavits saying that Shaina is being abused. All of the affidavits attest to Karen's serious mental problems. A psychologist's report by Dr. Randy VanNostrand of Tulsa describes Karen as having: (1) a personality disorder NOS; (2) a chemical dependency personality which needs to be monitored; and (3) a dysfunctional coping mechanism whereby she refuses to take responsibility for her own actions and blames everyone else for her problems – and that she is modeling this dysfunctional behavior to Shaina; he further stated that Karen needed intensive counseling for her problems, which she never got. Shaina's guardian ad litem, Lucille Leonard, also describes Karen as having "severe mental problems"; and social worker Kelly Due of Tulsa said to me, when my daughter was only a year and ten months old, that "Your wife is raising a neurotic child". Yet I am the one who is faulted because I went to extremes, short of violence, to protect my daughter, and my efforts are seen not as the understandable actions of a father trying desperately to protect his daughter without using violence, but as harassment of the child-abusing Towsleys.

Even though Shaina's guardian ad litem, Lucille Leonard, knew that Karen had severe mental problems, and stated so in her report, she kept Shaina in Karen's home after I asked the court several times to have Lucille Leonard removed from the guardianship due to repeated acts of negligence. Lucille Leonard's response was to repeatedly try to undermine my credibility, but in order to do that she had to try to undermine the credibility of everyone

9

in my family, and that puts her on the hot seat, because my family hasn't lied for me at all, nor would they.

Because I have bipolar disorder, my statements to the authorities regarding my daughter's abuse are considered by many people who don't know me to be irrelevant or even delusional. They think, "If the child is being abused, surely the authorities would know it by now."

Again, we're talking about Essex County, where it's possible to rape 100 boys and nobody notices that 100 children are walking around traumatized. I don't know if this insensitivity is particularly acute in Essex County, or whether this insensitivity extends throughout the United States.

There are ways to find the truth about my daughter, of course. Any good child psychiatrist or psychologist could find it, which is why the Towsleys have fought me desperately to keep Shaina from being tested by a group of child psychiatrists and psychologists, because there's an excellent chance that they would see that Shaina is being emotionally abused in a sadistic, brutal way.

Even though 50 percent of American parents abuse their children, from what I've seen most of them aren't nearly as bad as the Towsleys, although like most child abuse the abuse of Shaina takes place behind closed doors, and Karen puts the fear of God (Karen's God) into Shaina that if Shaina tells anyone about the abuse, horrible things will happen to Shaina. That's what I call terrorism – terrorizing a child not to tell the truth.

As if that weren't enough, in the early 1980's Karen had a child by another man who she claims deserted her during the pregnancy. The baby girl was born a beautiful 9 ½ pounds. In her 6th month, the baby got sick. Karen brought the baby to a doctor, who told her the baby had enteritis and that she should be taken to the hospital immediately for treatment. Karen never took the baby to the hospital. Two days later, the baby was dead.

In May, 2000, after my unsuccessful efforts to protect my daughter with DSS and the Haverhill Police, I sent a package of documents which detailed my daughter's abuse to U.S. Attorney Michael J. Sullivan, who at the time was Plymouth County District Attorney. U.S. Attorney Sullivan was a classmate and friend of mine in high school, so he was well-positioned to assess the credibility of my character and truthfulness of my representations concerning my daughter's abuse. In addition, Attorney Sullivan knows my parents, he has done legal work for my father, and his own uncle, Frank Sullivan, is one of my father's two closest friends.

At first Attorney Sullivan didn't respond to my request for help, so I sent emails to a number of state Republican organizations complaining that he wouldn't help me. After I sent out the emails, Mike responded to my package of documents with a letter (Exhibit B), but despite his letter and a call he made to Jeffrey Locke, the head of DSS, my daughter remained in the home of the Towsleys. Worse, the Towsleys, angry that I and others (including a doctor in the emergency room of Hale Hospital in Haverhill after Robert Towsley hit Shaina in the eye) had called the police or DSS whenever there was evidence that my daughter had been hit, otherwise abused, and possibly victimized when Robert Towsley may have exposed himself to her, went to the Lawrence Probate Court and tried to have my visitation reduced, even though only several months before, at a mediation hearing in Tulsa (before we all moved back to Massachusetts), Karen agreed that I should have visitation of twenty hours a week.

Judge Manzi, negligently unaware of the situation and of the huge role I played in my daughter's life, reduced my visitation to two visits a week, supervised, at $100.00 per visit (or $400.00 per month), a decision which traumatized my daughter, who depended on me to be available to protect her. I know she was traumatized because during the supervised visits, she became more and more withdrawn, erratic, and profoundly sad, and she not only wasn't allowed to talk to me in private to tell me what was going on, but everything she did tell me in front of the supervisors was immediately passed on to her mother, who began terrifying her not to say anything bad about her mother or Robert Towsley. It was about this time she picked up a new expression, "Don't even think about it."

I suppose that reflects the pattern of child abusers since the beginning of time – terrify the child into not talking. I'm putting that sin not only on the heads of Karen and Robert Towsley, but on the heads of Judge Manzi, Judge Stevens, Karen's attorney and my daughter's GAL, Lucille Leonard, and my daughter's psychologist, Harry Somers, the last three of whom know Karen has severe mental problems, but instead of helping my daughter, they took advantage of my daughter's abuse to enrich themselves at my daughter's expense.

One thing I'd like to know that I don't think is too much to ask is whether my daughter is currently being raped. I mean, if Robert Towsley began hitting my daughter as soon as she moved in with him, and harassed her, intimidated her, humiliated her and drove her to tears every day, and six weeks after she moved in with him he exposed himself to her, isn't that consistent with the behavior of a man who might now be raping my daughter? And if Towsley is raping my daughter, is it too much to ask that the raping stop?

The officers on the Haverhill (MA) police department didn't do anything about a little 42-pound girl in their jurisdiction who was getting whacked around by a 200-pound man (Robert Towsley admitted hitting Shaina); U.S. Attorney Mike Sullivan didn't care enough to do what it took to protect my daughter, even though he had excellent reason to believe she was being abused, since he knew that me and the people in my family were credible people; the people at DSS in Haverhill stupidly believed that they could know more about my daughter's situation after spending twenty or thirty minutes with my daughter than I knew after spending four years with her, even though most of them probably couldn't tell in two hours talking to some children whether the child had been raped and sodomized, and even though they work for an organization that puts people in foster homes where sometimes the foster parents kill the children, or the other foster children rape the children. (Putting a child in an American foster home puts the child at huge risk of later incarceration, drug use, suicide and homelessness; the inadequate attention and resources paid to the problem is an excellent measure of how much America truly doesn't care much about many of its children.)

The people who did care about my daughter (me, my parents and others in my family) couldn't do anything about the abuse because if I did something to Robert Towsley, that would leave me in jail or on the run, and Shaina would still be with her mother, who is an even worse abuser than Robert Towsley.

I not only care about my daughter. I don't want any little girl in this country, or anywhere in the world, ever to be hit or intimidated by a man, or a woman, because in the modern world, it isn't necessary, it isn't right, it's cruel and sick, it causes all kinds of problems for the child, and society, and the lesson it teaches the girl she'll bring with her to her relationships throughout her life and to her own children, and the cycle of violence will

11

continue. And the same thing goes for hitting boys. To stop a boy from doing harm, he should be wrestled into submission, flipped over your back, flung into a state of disorientation, or catapulted into an adjoining country. There is no need to hit the little mongoose unless there are exceptional circumstances, like when he is about to explode a nuclear device in the basement and there's no time to wrestle him into incapacitation before he detonates the contraption. This will become more and more common in the years ahead.

I understand that many good people think the problem of child abuse in America, and around the world, is too big for them to do anything about. They try to protect their own children from harm in a world where children all around them are being traumatized, so no matter how well they protect their own children in their immediate world, the danger to the child from the larger world grows.

I don't accept that nothing can be done to stop all this violence against children, but certainly trying to get something done through state legislatures, Congress, governors, the president or the courts isn't likely to work

It's only the judges on the highest courts who can change things, and most of those clowns couldn't change a diaper. Thus, they are complicit in the abuse of millions of children.

The fact about the U.S. Supreme Court is that it could hugely reduce crime in this country simply by adopting a single court rule, which is that all U.S. Supreme Court justices must live in the highest-crime area of Washington, D.C., without any special protection. After they got mugged and shot a few times, they'd understand how other people have to live due to the idiotic decisions coming from the U.S. Supreme Court, and they'd understand what it's like to live in fear every day. Thereafter, the decisions coming out of their court on criminal matters would change dramatically to help reduce crime, but as things are right now, the justices on the court are insulated from the effects of their own decisions, so they make their rulings based on abstract arguments, not reality. They don't care too much if so many of their decisions rip apart people's lives.

It's worth noting that the politicians don't get upset that the U.S. military accidentally blasted apart a little flower girl at a wedding in Afghanistan, then another one in Iraq. Their attitude is, "That's horrible, but these things happen during wars. What was the score of the game last night?"

As long as the flower girl isn't an American child, they make no fuss. And the only reason they care if she's an American child is because it's good politics. I mean, I don't see that a little girl blown to bits by American soldiers in Iraq or Afghanistan is any different from a little girl in America being blown to bits, but most Americans disagree. We know this is true because if Americans truly valued human life, there would be a Vietnam memorial in America for the more than one million innocent Vietnamese civilians we killed during the Vietnam War. After all, Vietnam didn't invade us. We invaded them.

There is no such monument for the one million innocent people we killed in Vietnam, so don't go telling me how Americans value life. In fact, cigarettes kill an estimated 440,000 Americans every year, and every day, 3000 teenagers start smoking. If we truly valued life, we would put a stop to that. We could put a stop to that, but we don't have the will, because to politicians who like money, the right of cigarette companies and others to make a profit from cigarettes is more important than the lives of our children. And that's a fact.

12

It should be no surprise, then, that I thought I'd have better luck protecting my daughter, and children everywhere on the planet, by getting the assistance of people like the Kings, Tom Hanks and some of the Hollywood crowd who care about children, and who care about people in general. I had the idea that by contacting Stephen King I might get him and his wife Tabatha, who writes children's books (and presumably is opposed to child abuse), to help protect my daughter and children all over the country, and I also thought I might be able to get Tom Hanks (who starred in the movie, "The Green Mile") to help protect children, too. But then I started thinking that since it's pretty much a waste of time trying to get the government to protect children (they just won't do it), perhaps I should try to take advantage of what's really going on in the world, which I can see better than a lot of other people.

Specifically, beneath all our pretending and posturing, there is currently a quietly ferocious competition to see which male on earth will come to dominate the planet. That's because a lot of critical decisions which need to be made concerning our house (the earth) currently aren't being made, and won't be made the world is currently structured.

Males have these competitions all the time. That's how males are. They're born, they're put into a nursery with other babies, and they try to dominate. Same thing in kindergarten. By the time they get to first grade, the competition is maniacal. Boys play soldiers, cowboys and Indians, cops and robbers, demons from outer space, and "Kill the guy with the ball" in preparation for the day when, as adults, they may have to kill other males. Soccer, baseball, football, basketball, and hockey all serve the same purpose. Golf is for fine fellows who want to get together with other fine fellows and talk about how to kill the competition and take over markets, territory, the country, and the planet. It's all in good, clean, dirty, bloody fun, and the devil take the hindmost -- which presumably means that God takes the foremost. In fact, the word "dominate" is related to the Latin word "Dominus", which means "Lord".

In the meantime, the women are scheming, too, being nice and cruel, good and evil, seductive and standoffish, all so they can finagle some way to become the alpha female.

Throughout history, people who lived on islands (e.g., Japan, Great Britain, Crete, Cyprus, the Philippines, Hawaii, the Indonesian islands, etc.) and people who lived in places that were like islands, in that they were geographically isolated from other places (such as Mesopotamia, Mongolia, parts of China and India, Tibet, Egypt, places in the Middle East, Russia, Rome, Athens, the Balkan countries, Spain, various other European countries which are isolated by mountains and rivers, Peru, Mexico, etc.) all have had competitions among the males to see who would be the dominant male, who then ruled the island or nation. Human beings are a lot like chimpanzees in that respect. (It's useful to view human behavior as chimpanzee behavior, because once we add to the relative simplicity of chimpanzee behavior the words that humans use, things get complicated and we can easily be deceived, because people often use words to disguise the truth of their motives.)

As humans, we often camouflage our raw ambition to be the alpha male, pretending we aren't really in the competition, pretending we are nice, decent, sweet people, when actually we are ravenous, lustful, hyperkinetic fiends who are constantly plotting to RISE ABOVE THE COMPETITION AND GET ALL THE FEMALES. But we pretend we aren't doing that so that no one will kill us, or otherwise put a permanent stop to us.

Now, for the first time in history, everyone on earth can see that the earth itself is like an island (an island in space), and all the human male monkeys can see all the other human

male monkeys (via television), so there's a worldwide competition to see who is going to be the alpha male monkey of the island. All the top human male monkeys are either jumping up and down and screeching (like the males in Russia, Hollywood, the United Nations and on baseball and basketball teams), or they're plotting like madmen on the sidelines to position themselves for the final climax, which will occur soon, because the world needs a leader who can keep the planet from being destroyed, plus slow down the birth rate, plus improve the lives of the world's neediest, and the lives of everyone else (some knuckleheads think we should just kill a few billion people, and that's certainly an option, but if a person who thinks that way becomes dominant, he's a threat to everyone, even the rich).

My concerns are hardly paranoia. As a recent news story stated:

Humans are damaging the planet at an unprecedented rate and raising risks of abrupt collapses in nature that could spur disease, deforestation, or "dead zones" in the seas, an international report said yesterday.

The study, by 1,360 specialists in 95 nations, said a rising human population had polluted or over-exploited two-thirds of the ecological systems on which life depends, ranging from clean air to fresh water, in the past 50 years.

"At the heart of this assessment is a stark warning," said the 45-member board of the Milennium Ecosystems Assessment.

"Human activity is putting such strain on the natural functions of Earth that the ability of the planet's ecosystems to sustain future generations can no longer be taken for granted," it said.

[The study was] the biggest review of the planet's life support systems…

The report was compiled by specialists, including those from U.N. agencies and international scientific and development organizations. U.N. Secretary General Kofi Annan said the study "shows how human activities are causing environmental damage on a massive scale throughout the world, and how biodiversity – the very basis for life on earth – is declining at an alarming rate."

"Strain on Planet Worsening, Report Warns" (Boston Globe, March 31, 2005) (emphasis added throughout)

The thing is, most human males don't even know they are in an alpha male competition for the planet, but I do. Popes, presidents, prime ministers, ayatollahs, kings, rap stars, quarterbacks, coaches, pitchers, catchers, computer hackers, high school students, chess players, D.J.'s, newspaper columnists, bag clerks, boys selling newspapers and lemonade and even your typical one-year-old all want to be the alpha male, or at least they want to be friends with the alpha male, or get his autograph. No one wants to be the omega male (the lowest male), because the omega male gets no food, no water, no medical care, and often a violent and very painful death, for him and his whole family.

Judge Young, who will rule on this motion, might say, "You're not going to use my court to make a monkey out of me!", but at this point, Judge Young is just another American judge monkey who can't even compete to become the alpha male of the planet

14

because the judges' rules won't allow it, so he'll be cast aside when my monkey allies come sweeping in from the jungle and start going "Eek! Eek!" and hit him with a branch and steal his bananas.

But that's not the best attitude toward Judge Young, because he's an American patriot, so I'll say to him that my father was a sergeant in the Marines during World War II, and he didn't fight for this country, and see his friends die, and see things he never talks about, and make great sacrifices, as did so many other men and women of his generation, only to have one of his granddaughters smacked around and traumatized by a punk and a sadistic mother who don't respect the sanctity of little girls. And if Judge Young isn't sympathetic to that argument, he's the enemy of my daughter, and me, and my father, and an enemy of the United States, as far as I'm concerned.

So my lawsuit against Stephen King, Simon and Schuster and Warner Brothers, while it was an attempt to get publicity for my daughter's plight, is also an attempt to get allies in my plan to become the alpha male of the planet, because it seems that only if I become the alpha male of the planet can I protect my daughter. If I don't become the alpha male of the planet, there's a good chance I can't protect my daughter, because the United States government and the government of Massachusetts are protecting the people who are hurting my daughter, and nothing I've done to try to get these governments to stop hurting my daughter has worked. Their institutional prejudices are impossible to move using traditional means. Therefore, I need to defeat the governments completely and install better governments.

Better governments aren't hard to achieve if one has the power to do it. It's getting the power that's the tough part. To get better governments, mostly what it takes is caring about people. The people in the U.S. government either don't care about people very much, or if they do care, the way the government is set up prevents them from helping people as much as they'd like. If the government truly did care, it would have health care coverage for everyone at a reasonable cost, it wouldn't allow the pharmaceutical companies to rip us off, it would give a Ivy League classroom education to everyone who wanted one, it would stop planning a trip to Mars and instead spend the money on something more important, like food or medical research, it would force children to exercise for their own good, it would build aqueducts to places like New Mexico, Arizona, Mexico, the Sahara Desert, etc., it would transform television into a learning medium rather than a brainwashing medium, and among many lesser things it would stop that stupid Bayer Aspirin commercial which reminds me of those perverted Catholic priests, because the commercial keeps saying, "Trust Bayer", even though Bayer is a big ripoff, since there is no difference whatsoever between Bayer aspirin and generic aspirin. If it was up to me, I'd stop all those Bayer Aspirin commercials and have the company place on bottles of Bayer a warning saying, "The aspirins herein are no different from other aspirins except they cost much more, suckers!"

The good part about making an alliance with the Kings and Tom Hanks is that they are probably all straighter-thinking than the politicians, or at least they have the freedom to be straighter-thinking, and Tom Hanks could almost certainly do a better monkey imitation than any of the politicians, because he's an actor who has played a large amount of roles that most men are scared to play, like Forrest Gump and the guy in the movie, "Big", but Hanks probably doesn't do it just to be an actor of courage but also so beautiful women will say, "Oh, Tom, you're so wonderful." But I know that secretly, behind his light-hearted veneer,

he's almost certainly trying to become the alpha male of the planet, just like Stephen King, even though both of them might not even know it.

There are some people who obviously want to rule the world, and they make no secret about it, but they don't know how to get the job, so they keep thinking up new schemes and new ways of doing their hair. Like Madonna, for example. Madonnna developed all kinds of skills to get where she is, like becoming a smart businesswoman, but she can't be the alpha male, only the alpha female, and maybe the alpha male determines who will be the alpha female, or maybe the alpha female becomes the top female monkey in her own right, so it's interesting to see how the women are currently playing the game, which to me looks like a lot of them are holding back to see what the men are going to do.

In a lot of ways, what's going on in the world is like a bunch of first graders. There's Louis Farrakhan and his friends, standing in one corner with their arms crossed, watching the action and looking for weaknesses, and George Bush and his friends are currently plotting on center stage, but they're boring and they bully too much, and the good girls don't like that, because good girls don't like bullies, because they know that bullies of men are also bullies of women, and then you have John Kerry, Bill Clinton and their friends, and they're playing the sidelines and talking to anyone who will listen, except most people don't want to hear their same old pap, they'd rather watch professional wrestling or Yogi Bear cartoons, and then you have the uppity girls who pretend they're just like all the other girls, like Martha Stewart, and then there's Hillary Clinton and she's going around shaking people's hands like she's going to run for class president, and then there's the smarty-pants, goody-two-shoes kids who wear black robes and call themselves "The U.S. Supreme Court Justices", like they're a musical group, except they're not like Tom Hanks because they always act the same way, day in and day out, to the point where someone gives them a nickname: "show dogs".

Then you have all the anchorpeople from all the big news shows getting together in front of the whole school and doing a line dance just to show they can do something other than read objectively and look serious and neutral, and George Bush gets in a jet and flies upside down over the White House and accidentally cuts off the top of the Washington monument, and the Chinese and Japanese are in another corner with the kids from India, and China is starting to flex its muscles and Japan is getting so nervous it's going to build about 200 nuclear weapons to blast China back into the Stone Age, if need be, and.in the meantime a lot of the Chinese and Indian kids are seeming to ignore everyone as they diligently make and sell things and steadily get more and more of the other kids' lunch money, and George Bush's aides are getting more and more frantic about what they should do about the Chinese threat, and the threat from the Iranian kids, and the North Koreans are like the kids who live up in the mountains and after putting up with a lot of insults from some of the other kids they decide they're going to make themselves some nuclear weapons so they can put a stop to the insults permanently, and so on and so forth throughout the school. Most recently, the Chinese are criticizing the Japanese for Japanese atrocities committed during WWII, but probably 99.8% of the people in Japan weren't even in World War II, so why is China giving Japan such a hard time?

Well, here again I probably can see the truth better than most people, because a large part of what Chinese leaders are doing by criticizing Japan for World War II atrocities is trying to divert attention from recent atrocities committed by Chinese leaders themselves.

16

After all, China's leaders would rather focus attention on Japan for atrocities committed 60-70 years ago than blame China's own leaders for committing atrocities against the Chinese people within the last 20 years – specifically, the murder of so many of China's baby girls to control population. If the Chinese people start thinking of those much more recent atrocities, which were ordered by their own leaders, there's probably going to be hell to pay, so the Chinese leaders divert attention away from themselves by attacking the Japanese.

Much of human behavior is attempting to divert attention from one's own sins by pointing out the sins of others. The Jewish people in the media, such as the New York Times and the Boston Globe, do this frantically in order to divert attention from the sins the Jews committed (and still commit) against the Palestinians, and to divert attention from the huge cost that America has paid by supporting Israel (on 9/11/01, America paid the cost of almost 3000 lives at the World Trade Center and the Pentagon; since 9/11/01, in Iraq, it's been the lives of more than 1200 American soldiers killed, and more than 10,000 wounded; the diminishment of the United States throughout the world; the perception that the United States, supposedly "the greatest country in the world", is now just a "puppet" of Israel, as some foreign leaders have actually said; and the monetary cost to the American people in the past few years alone has been more than half a trillion dollars, when one figures in the cost of the economic downturn after 9/11/01, the economic cost of Iraq and Afghanistan, and the massive buildup of Homeland Security; plus there is the cost of much greater instability throughout the world -- all because America supports Israel). The irony is that the Jews don't know how to stop the inevitable anger that will ultimately be directed toward them, once Americans figure out the truth, other than to keep pointing their fingers at everyone else, which instead of increasing the number of friends who might support them, it decreases that number and makes many of them enemies.

Meanwhile, most everyone is pretending they're not even trying to be the top monkey of the entire planet, whereas I'm off in a corner writing up a storm which I'm going to spring on everyone and all the black and Hispanic women in the United States will say, "J.R.'s the winner. We want J.R. to be the alpha male, because he's the best!"

Well, that won't make me the alpha male of the planet, but it will put me in a good position to become the alpha male of the United States. Then maybe I'll try to take over the African countries whose governments can't provide for their own people, and I'll form those countries into a cartel with a monopoly over all of Africa's scarce natural resources which the rich countries need, and I'll raise all the prices of the scarce commodities to pay for all the things Africa needs, like a continent-wide road system, electric power plants, sanitation facilities, aqua ducks, and birth control pills. Plus, maybe I'll marry a woman from each of the countries (to establish political connections), like King Solomon, who had 300 wives and 700 porcupines. I don't know why they always mention the porcupines when they mention Solomon's wives, but maybe it's because back then they used porcupines to protect the palace, because in those days, nobody wore clothes, so if you tried to sneak up to the palace and you came up against a porcupine, it could be painful.

Maybe I'll have to marry some women from different parts of the world to establish political connections, so here's how I figure it. I figure maybe there's about 1,500,000,000 fertile women on the planet. About 10% are single or divorced or otherwise marriageable, which is 150,000,000 women. If I marry 150 women, that means I'm looking for a one-in-a-million woman ($150,000,000 \div 150 = 1,000,000$). However, I probably won't have time to

court and get to know even one woman, never mind 150, so maybe that's a bad idea. Not only that, but in some countries there are more men than women, so if there's a shortage of women it wouldn't be fair for me to have 150 when some other guy has none, unless he's a jerk who doesn't deserve one.

Some people will say, "How can the support of the black and Hispanic women make you the alpha male of the United States?"

Aha! That's my little secret, because women are the secret weapon in all this efflorescing choreography.

I'll tell you one possible avenue in the final push to the top, but first I should say that sometimes I think I have multiple personality disorder, because sometimes I feel like barking like a dog, and I'm actually pretty good at it. There are other times when I can meow and purr like a cat, and I can also do a pretty good imitation of the Wicked Witch of the West, where she says, "So, my pretty!" (I learned how to do that when I was playing with my daughter. Sometimes I would be the Wicked Witch, or Toto, or the Tin Man, and I would squeak out the words, "Oil Can, Oil Can", which was much more fun than law school, and in the scheme of things probably more useful, if ever I visit Saudi Arabia.)

Anyway, the way I see it, everyone is doing what they are "supposed to do", like judges, but they don't even know why they do many of the things they do. For example, you never see judges eating Popsicles or lollypops or ice cream cones while they are presiding over trials or appeals, even if the air conditioning isn't working too good and the courtroom gets pretty warm. These judges are just like robots. Plus, they never say, "I'll buy Italian ices for everyone in the courtroom", which doesn't really cost that much, when you get right down to it. That's why I have a leg up on these judges when it comes to becoming the alpha male of the planet – although when you say you have a leg up on someone and you also have a multiple personality disorder with a dog as one of the personalities, it sounds like you're going to take a leak on the judges, so you have to be careful how they interpret it.

Speaking of interpretation, did you ever notice how the U.S. Supreme Court justices interpret the constitution, and sometimes they come out with votes of 5 to 4, or 6 to 3, with some of them saying the constitution means one thing, and the others saying it means just the opposite? These people must be some of the worst interpreters on the planet. Usually, interpreters can come pretty close to a unanimous agreement about what things mean, but the U.S. Supreme Court justices are all over the map about what things mean, which makes you wonder what's going on under those robes. Plus, instead of having multiple personality disorders most of these judges have CPD, which means "collapsed personality disorder", because they can't do much of anything except sit down and ask questions, not because they care so much about the answers, but because they want to show everyone that they can think up good questions.

CPD is why you almost never hear about a Supreme Court justice getting caught murdering someone and hiding the body, or running naked through the Smithsonian Institution and weaving in and out of dinosaur bones. Plus, the female judges are never caught hiding in closets with their boyfriends getting high, stuff like that. They can't do just about anything, which is why they call it CPD. That's why when they die, most of the male judges are found to be wearing ladies' underwear, because that's about the only rule they can break without getting caught.

18

Hey, did you hear that former basketball star Michael Jordan just signed up to do a commercial for Victoria's Secret? The commercial shows him walking by two men who are sitting on a park bench. He looks over at them, smiles, and says, "Don't ask."

A huge number of problems in America would find better solutions if the people who occupied America's center stage most of the time – its athletes – got together and decided that they weren't going to play any more games until the politicians did the right things. That would wake everyone up, and people would be shrieking and banging things, just like chimpanzees. (I think George Bush actually looks like a monkey, don't you?)

The way the political system works now, the politicians often can't do the right things, no matter how much they want to, because they are dependent for their political survival on the contributions of the wrongdoers themselves. If they bite the hands that feed them, they will surely get no more food, and if they get no more food, then even worse wrongdoers will take their place.

Will the athletes get together to make sure everyone in America has health care coverage at decent cost? No, because they don't realize how much potential strength they have, and because they're afraid of what would happen if they went up against society's biggest bullies – the ones who rip off all of us. Plus, most athletes aren't really very brave. They don't need to be. Soldiers need to be brave. Athletes need to shut up and do what they're told by the bullies who have purchased them.

Right now there's a book, "The DaVinci Code", which is swirling up the muddy waters of alpha male competition, but sometimes I think there's another code – a code in the universe that was maybe left there by God himself, or maybe by the spirits of our ancestors or some other mysterious characters. The way it works is that the code is in the phonemes of words, and the phonemes are the individual sounds of each word, so that the name "Kennedy" can be divided into the phonemes "ken + ned + dy", which can be pronounced "keen need die", which could mean the Kennedys have a "keen need to die". Edward Kennedy didn't die, because the phonemes in "Edward" can be pronounced "hate weird", so Edward Kennedy could mean "hates the weird keen need to die", so he didn't die (although he almost died twice: once in a plane crash, when he broke his back; and another time in a car accident).

Then you have George Bush, whose first name, George, can sound like "church", because if you ask someone, "What number president was Church Washington?", most people will hear the word "Church" as "George". Then there's "Bush", which can be "Bu + sh", and "Bu" can be pronounced "Boo", so "George Bush" becomes "Church Boo-sh", which sounds like Church Bullshit, and that certainly fits George Bush. Then there's Osama bin Laden, which could be "O some may be enlightened".

Some people will say that "bin Laden" is "be enlighten" (without the "ed" in "enlightened"), but you can add the "ed" if you want, because if you say out loud, "I was enlighten by the book, 'The DaVinci Code'," most people will hear the world "enlighten" as "enlightened", so phonemically "enlighten" and "enlightened" are interchangeable.

So what?

So "The DaVinci Code" can be pronounced "The Divine Psycho Day", so maybe the book is actually a harbinger of "The Divine Psycho Day", or to put it another way, "The Day of the Divine Psycho", which I figure must be my day, because when I have a manic episode, I get psychotic and I think I'm divine (psychotic doesn't mean you're dangerous; it just

means you can't distinguish between fantasy and reality about certain things; a dream in many ways is like being psychotic, because the dreamer doesn't distinguish between fantasy and reality. That means most people get psychotic every night, when they dream; it's no big deal).

Not only that, but in the book, "The DaVinci Code", the author, Dan Brown, talks about "Shekinah", who is the female counterpart to Yahweh (a/k/a God), and that's a coincidence, because Shekinah is "Sheinah" plus a "k" sound in the middle, and that sounds like my daughter's name, Shaina, plus the sound of her middle initial, because her middle name is Catrina.

Shaina Catrina is a pretty name, I'll have to admit. Karen picked it out. Karen made a beautiful baby when she made Shaina, which is why if I become the alpha male of the planet maybe I'll put Karen in charge of teaching women how to take care of themselves when they're pregnant, and I myself will teach women how to take care of the babies once they're born, since I know how to wrestle babies, which you have to know a lot of the times, especially when you're changing their diapers. Plus, you can use diversions, like forming your hand into a duck and going "Quack, Quack" above the baby's head, so instead of crawling off at about 100 miles an hour, the baby looks up at the duck to see what's going on. The problem with that one is often you need two people to do it, one to be the duck, and one to be the diaper changer. Usually I use both hands, so instead of being one duck I'm two ducks, and I start them out about eighteen inches from each other, and have them move toward each other going "Quack, Quack", and opening and shutting my hands to accentuate the visuals, and then when the two ducks come together I have them get into a big fight, going "Quack! Quack! Quack! Quack! **QUACK**!" which keeps the baby's attention because they want to see the pyrotechnics of the drama. This technique of changing diapers can be used throughout the world, and if I was in charge of the world I would use it on TV to communicate with babies everywhere, plus with world leaders.

One thing, though. When the ducks meet each other and start fighting, you shouldn't make the fight too loud, because you don't want to scare the baby. You should always be gentle with babies. You should never screech and scream around the baby, and certainly you should NEVER hit a baby, which means you shouldn't be like Karen.

Another weird coincidence in "The DaVinci Code" was this sacred number, 1.618, and what do you think my daughter's birthday is? June 18, which is 6/18.

Well, there's all kinds of other coincidences that I already described to Stephen King and the other defendants in a letter, like how I was born exactly 39 weeks after the first humans reached the top of the world (Mount Everest, 5/29/53), which maybe means God's spirit was up there and he had to jump off because even up there he was getting crowded by the humans, so the spirit jumped off and landed in Boston, the hub of the solar system, and 39 weeks later I was born (39 weeks is the human gestation period). Plus, my parents were born on directly opposite sides of the sun, and I was also born directly opposite the side my mother was born on, since I was born on my father's birthday, 2/26). Then, on 9/11/01, when the planes hit the World Trade Center in New York, my brother John was in charge of building the World Trade Center in Boston.

I have hundreds of coincidences like that, which couldn't possibly have occurred randomly, so that means they occurred supernaturally and that I have the divinity, which I

20

figure maybe I got from my parents and passed to my daughter, although where they got it I don't know. Maybe my father got part of it from the Japanese during WWII.

Anyway, Robert Towsley is sure going to be surprised when he finds my daughter has the divinity, and that the whole world is going to know he has been whacking and traumatizing a little girl who has the divinity.

Robert Towsley's name is easy to remember, because it's "Tow" plus "sley". And what "Tows a sleigh"?

Reindeer. So, Robert Towsley is a reindeer, the big buck who started whacking around my little girl when she was only three years old, and was as innocent as a doe. Plus, the Towsleys live on West Meadow Road, and "Meadow" is "Me a dow", which can be pronounced "Me a doe", so I wouldn't be surprised if all the big-time game hunters in the world will start thinking about hunting down Robert Tow-sley and blasting a hole in his heart, then gutting him and mounting his head on their trophy wall (or maybe the paparazzi will shoot him and put his head on THEIR trophy wall).

(A day or two ago, a little girl who had been murdered, and who authorities nicknamed "Precious Doe", was identified. Her last name? Green, like in "The Green Mile"; I also list in my coincidences in Exhibit A that the only friend of mine who was murdered was Susan Green; the only person I know on death row is Darrell Green; and there's a good chance that Michael Green, who is a prisoner in our unit, may not be guilty of the crime he's charged with. Then the other day another coincidence occurred, because this guy <u>Roger</u> <u>Moore</u> from Royal, Arkansas, who has a girlfriend named <u>Karen Anderson</u>, was accused by Terry Nichols of being involved in the Oklahoma City Bombing. The coincidences there are that Karen's maiden name was <u>Karen Henderson</u>, her first daughter died in <u>Rogers</u>, Arkansas, and my mother's maiden name was <u>Moore</u>. That might not seem like a lot of coincidences, but added to the coincidences in Exhibit A they certainly are curious.)

Well, Stephen King and the other defendants don't know what to make of all the coincidences, so I'm including them as an exhibit (Exhibit A) to this motion, so even Judge Young and his clerks can be intrigued by the enigmas and mystified by the concomitant intended superstitions, to the extent that the Judge and his clerks haven't totally submerged their sense of childhood wonder, which if they do that they won't get into heaven, according to Jesus, who said you can't get into heaven unless you act like the little children, who push each other to the ground and throw dirt at each other and start screaming and running around like Tasmanian devils, then run to their mothers or fathers when they get hurt or bullied, and then, after being comforted, they jump back into the fray and run around, roll in the dirt and scream some more. In most parts of the world, this is seen as normal, healthy behavior, but in the United States it's grounds to take the kid to a child psychiatrist and put him on Ritalin (which, not coincidentally, makes a lot of money for the doctors).

One of the main advantages I have over other men for the alpha male position is that I can get a huge number of women to support me, once they know what I'm capable of doing. No, I'm not talking about sex, although it is true that I can probably make sex better for hundreds of millions of women all by myself, simply by telling their boyfriends and husbands how to turn a woman on, which I'll do on worldwide television.

Hey, maybe Madonna can hold one of the life-sized dolls on the TV broadcast, and Bill Clinton can hold the other doll, and I can show all the men what to do, although I won't

get into any of the details here, except to say that one of the most important things to do to turn a woman on is be polite to her, and listen to her, plus compliment her and don't put her down. Women are being put down all the time, even by other women, and especially by television commercials, which say (between the lines), "You're ugly, honey – but you'll be beautiful if you buy our magical potions" or "You stink – but you'll smell like a rose if you buy our expensive gunk and smear liberal amounts all over your body." Plus, there's the commercials which tell her, "Your house is a filthy pig sty. The only way to save your children from dying from GERMS is to buy LIES-ALL, which costs us 25 cents to make, and we'll sell it to you for $5.00."

But sex isn't why the women will support me. No, the main reason women will support me is that I can tell them the secrets that will give their own sons a leg up in the competition to become the next alpha male, and their daughters a leg up in the competition to become the alpha female, or if not the next alpha male or female of the planet, at least I can help get their kids to become lawyers, doctors, engineers, and scientists, whereas now most of their kids have no chance at all to get such jobs. That goes for black and Hispanic kids, especially, who right now have a harder time making it to the top, but it also goes for white kids, Oriental kids, native-American kids, working-class kids, middle-class kids, and even many rich kids.

How can I do it?

By teaching their kids how to become top-notch readers. I can do that because I myself wasn't a good reader in high school, but I overcame the problem, and I can show students (and adults) how to overcome the problems they have, because the reason I wasn't a top-notch reader is the same reason most people aren't top-notch readers.

Most teachers and other educators don't know where the problem comes from, because they aren't top-notch readers, either – but they sure can make excuses, and they can analyze to the nth degree why most students don't become excellent readers. But if most teachers are inferior intellects, how can they possibly know what's wrong, and why in God's name would anyone even listen to them?

Answer: the students listen to them because they have no choice. They are <u>forced</u> to listen to them, no matter how idiotic the teachers might be. As for the teachers who are top-notch readers, they often don't know the solution to the problem, or if they do know they don't tell other people's kids, only their own.

Some people think I should be more diplomatic when I talk about teachers, but why should I be diplomatic to people who hurt children, as so many teachers do? Then again, I once wrote a letter which was critical of teachers to a newspaper, the Malden Observer, which published it. The next morning, some time between 7:30 a.m. and 8:30 a.m., someone threw a rock through one of the windows of my car. That was the only time in my life a car of mine was ever vandalized, so maybe it's not a bad idea to be diplomatic. In fact, I like most teachers, and the women are all pretty and the men are all handsome, but most of them need to buy my book on reading comprehension (if ever I finish writing it) so they can teach their students properly, or if not they should be ousted from their positions and they should be masticated.

Here's the lowdown. In high school, I scored a 490 on my verbal PSAT. That means I was a mediocre reader, living in the twilight zone, not understanding a lot of what I read. My poor reading skills had nothing to do with effort. On the contrary, I actually studied an

average of three hours a night, including weekends. Still, no matter how hard I studied, I wasn't understanding much of what I was reading. After high school, I went to college for two months, then quit. I wasn't going to bust my back for another four years just to end up where I already was – in the twilight zone.

A few years later, when I was 22, I figured out what I had done wrong. My problem? I didn't understand the meaning of a lot of the words I was reading. That's the problem most people have.

To fix the problem, I quit my job, holed up in the basement of my parents' house, and spent the next eight months reading through a collegiate dictionary 6 or 7 times (a collegiate dictionary is bigger than a pocket dictionary; usually it has from 1200 to 1500 pages). I also looked through books, magazines and newspapers, underlined words, looked them up and wrote them down. I still have some of the books I did this with, and the dictionary. Plus, during this time I had sex with a number of animals, vegetables and minerals (it helps to put sex in your writings; that's a good way to keep people's attention).

After I was done, I took the SAT and on the verbal section, I scored a 750, which was good enough to get into any university in the country. Even better, I now could understand most of what I read, which was a real eye-opener, because the whole world and everything in it was much more understandable.

I returned to college, kept looking up words, and two years later, I took the Law School Admission Test (LSAT) and scored a 791 out of 800 (that was in 1979; the scoring on the test has since changed).

Now, pay attention, or I will pour molten silver into your eyes (that always wakes people up).

Here's why most people don't understand everything they read: (1) they don't understand all the words; (2) they don't understand the ways the words relate to one another (syntax); or (3) the material is poorly written.

The solution to #3 is easy. Read good stuff.

As for #2 (syntax), that's only a small part of the problem. Most people know syntax from an early age. For example, people know that it's wrong to say, "The bike off the fell boy." They know it's supposed to be, "The boy fell off the bike." In complicated U.S. Supreme Court opinions the syntax is more difficult. That's because the judges are trying to show how smart they are and they are trying to impress the lower-court judges, so they try to cram as many words as possible into one sentence. Usually, this just overcomplicates things to the point of stupidity, but if you tell that to the judges they get angry that you have exposed one of their tactics that they use to try to convince people that they are smarter than they actually are. Perhaps we should have some good writers rewrite all of the Supreme Court opinions and put them in simple language that everyone will understand.

Which leaves #1 (words). If you don't understand all the words in a sentence, you won't fully understand the sentence. If you don't understand all the words in a paragraph, you won't fully understand the paragraph, etc. — and full understanding is the goal. Imagine if you work at a nuclear power plant or in a hospital operating room and you understand only 80 percent of what you read or hear? You could cause a meltdown, or kill someone. It happens all the time in hospitals.

Now, here's the kicker.

If you grow up in a house like Bill Gates did (Bill Gates is the wealthiest man in the world), and you're the only child (as he was), and your father is a tax attorney and your mother is a librarian (as I believe his parents were), then when you ask one of your parents the meaning of a word, there's a good chance they'll know the meaning. Maybe you ask them the meaning of ten words a day, on average, and they can tell you the meaning of almost all of them, and if they don't know the meaning, they can find out the meaning easily enough (by going to a dictionary or encyclopedia).

But let's be conservative and say you only ask them the meaning of five words per day, on average, or you hear them using words a lot so you pick up the meaning of those other words from hearing the words so often. If you start doing this at age 3, by the time you're 15 you learn about 22,000 words, in addition to the 15,000 words that the average person learns.

Contrast that situation with the working-class kid who is fundamentally just as smart as Bill Gates. Often he doesn't have two parents at home. Even if he does, when he asks the meaning of a word, often the parents won't know, or won't give him as good a definition as Mr. and Mrs. Gates gave to Bill. That's not because his parent(s) are stupid, but just because they themselves never learned the meaning of a lot of words.

Not only that, if you're a working-class kid and you keep asking your parents the meaning of words, most parents will soon get frustrated that they don't know the meanings, so they may feel that they are being put on the spot and being embarrassed because they don't know the words. Plus, most won't look up the words in a dictionary, because even if they did, they wouldn't understand the definition of many of the words. That would get them even more frustrated, so they don't do it. This doesn't just happen in working-class homes. It happens in more than 90 percent of American homes, and in most American classrooms.

For example, let's say the parent (or student) looks up the word "ruminant", as follows:

**ruminant** – (n) any even-toed, hoofed mammal of the suborder Ruminata, comprising cloven-hoofed, cud-chewing quadripeds, and including the cattle, deer, camels, etc.

This definition contains a number of words whose meaning many people might not know (for example, "even-toed", "hoofed", "mammal", "suborder", "Ruminata", "comprising", "cloven-hoofed", "cud", and "quadripeds").

A better way to write this definition might be something like:

**ruminant** – (n) a four-footed mammal that has cloven hoofs, even toes, and which chews its cud. Ruminants include cattle, deer, camels, goats, sheep, etc. ("<u>mammal</u>" =an animal that has a backbone, that feeds its young with milk, has hair on its body, and usually gives birth to living young, rather than lays eggs; "<u>cloven hoofs</u>" = split hoofs; a "<u>hoof</u>" is the horny covering which protects the end of the toes; "<u>cud</u>" is food that returns from the first stomach of a ruminant to its mouth so the ruminant can chew it again; "<u>horny</u>" is … )

A dictionary as textbook should sacrifice conciseness for helpfulness. It should contain numerous redundancies (for example, to help the student the textbook dictionary

24

might define "mammal", "hoof", "cud", and "ruminant" in four or five different places, rather than require that the student keep going back and forth to a reference dictionary to figure out what's what).

Educators might respond, "Blah, blah, blah."

You can listen to these nitwits if you want, but I already did for myself what parents want their kids to be able to do, so you should listen to me if you want to help the nation's children. On the other hand, if you want to listen to educators who keep barking up the wrong tree, go ahead, but it's like getting buried up to your neck in someone's front lawn and then asking a person to give you a haircut with a running lawn mower. It's stupid.

Another major reason most Americans can't read well is that many of the people at the top of our society don't want people to be able to read well. They want their own children to get into the best schools, not other people's children. Plus, they don't want people to be smart enough to know their rights. As long as people are ignorant, the people at the top can take advantage of them. They need to strike a balance, though, because they need to have workers who can understand things up to a certain point, to optimize productivity.

As for me, I don't think it's so important that my child get into a top-notch school. Instead, I want everyone in the country, and the world, to get a great education, for the cheapest price possible. If that means turning all schools into Ivy League schools, do that. If it means getting rid of all schools and educating people a different way, do that. So a lot of the people who have wealth and power might not like me if I can greatly improve education, but so what? If they oppose me too vigorously, we can take their homes, swimming pools, and cars, plus their horses and ponies. Plus their ranches, and let kids from all over the world visit their ranches so they can have fun in the summertime, and learn about the outdoors.

But back to Bill Gates. The working-class kid learns the 15,000 words, and Bill Gates learns the same 15,000 words PLUS the 22,000 words from his parents. So, Bill Gates knows the meaning of 37,000 words. Not only that, Bill Gates and people who become top-notch readers learn how to look up words in a dictionary, and they can understand the dictionary better than the working-class kids and their parents, because the more words you learn, the more words you <u>CAN</u> learn, because all the words in the dictionary are defined by other words. Plus, the more words you know, the faster you can read, which means you read more than the person who knows fewer words, and the more you read, the more you learn even more words. That means by the time Gates and people like him are 18, they probably know the meaning of 50,000 words or more, and the working-class kid who is fundamentally just as smart as Gates learns only 15,000-20,000 words. So Bill Gates gets an 800 on his verbal SAT (which he did), and the working-class kid gets a 500.

How many students who score a 500 on the verbal SAT could score a 700 or higher if properly taught?

Maybe all of them. After all, people like Bill Gates don't come out of the womb with an ability to read at an 800 level. All of them at some point are at a 500 level. So maybe if someone has the capacity to get to a 500 level, maybe they could get all the way to an 800 level, if they are taught properly. I'm proof of that, as is Malcolm X (see an excerpt from his book, attached as Exhibit C).

"All students who score 500 capable of getting to an 700 level or higher!" educators will shriek. "Ree-dickle-us", they say in their Donald Duck voices.

But certainly many people are reading far below their potential, and educators can't get any but tiny improvements using the methods they use, so why not do something similar to what I did, and what Malcolm X did, which we know for certain works?

"Because we're the educators and you're not."

But what if I cut off your arms and legs, and cut out your stomach? Will that motivate you to adopt my methods?

"No."

Of course it won't, because you educators are stupid. If I'm going to cut off your arms and legs and cut out your stomach unless you adopt my learning methods, you should adopt them unless you're an idiot. What good does it do to be obstinate and have some of your body parts removed?

"It proves we're courageous and not afraid to resist."

No it doesn't. It proves you're idiots. With your arms, legs and stomach still attached, you can kill me easily, but without them, it's much harder.

"Hmm. But you don't have the power to cut us."

I'm talking hypothetically.

"Doesn't matter. We don't talk hypotheticals with low-lifes like you."

Not even if it would help millions of students?

"Nope."

I understand that. It's a tactic you educators use to preserve your little hierarchies. But I have a tactic, too, which is called "throwing stupid educators into wood chippers." How would you educators like that?

"What's a wood chipper?"

It turns wood into chips.

"Potato chips?"

Yes, now quiet. Classroom education isn't just about learning things from books. It's also about setting up hierarchies among the students, and the teacher often doesn't control that. Often, students control that, and they use criteria for the hierarchy which actually gets in the way of educating people. People who are smart are often labeled "nerds", and they can be picked on and humiliated, which can get in the way of education. People who might want to do well academically look at those who are getting picked on, so they think that maybe they should do something else, other than academics, to rise in the school's hierarchy. All this interferes with the teaching of the skills students will need in the competitive world of work, and that's going to be even more true in the years ahead. Therefore, we have to do something to get rid of all these impediments to learning, but so many schools don't even address these problems, or don't address them adequately, that the United States will soon lose its place as the dominant economy in the world unless a concerted, nationwide effort is made, but it won't be, because the politics are against it. The politicians won't even discuss it, for fear of offending teachers, and because they don't have good solutions, because the solutions that would work they can't even propose because it would draw a firestorm of protest from the teachers. Thus, all the teachers must be escalloped.

It's important to know that while certain skills on IQ tests seem to be fairly fixed, that's not true for reading skills. Numerous studies have shown that reading skills can be greatly improved via education – but most education in America can only get students to a certain point, and then the students hit a plateau, like I did, for the same reasons I hit

the plateau ("plateau" = a period of little or no growth).

So, how do we get all the children in America (who have the capacity) to rise to the reading level of Bill Gates?

Simple. We put the parents of Bill Gates in every home! Clone them. Or maybe clone Bill Gates himself!

But that would take too long. We'd have to wait 10-14 years before the little rascals started getting productive so they could tutor everyone's children, and we'd still have the same problem we have now – who would teach the clones?

Hmm. I know. We could develop computer programs which substitute for Bill Gates and his parents. Better yet, make it computer games. In fact, wouldn't it be a good idea to contain the curricula for all the K-12 subjects in computer games, which properly made would be far more efficient than classroom learning for most things? Plus, it would greatly reduce the need for teachers; and computer games could be made which are positively reinforcing, whereas classrooms are filled with all kinds of negative reinforcements which discourage and thwart learning.

I'll talk about some features such computer games need to have in another motion. Until we have such games, one thing we need to make (which we can make much faster than the computer games) is a second kind of dictionary. Those negative reinforcements need to be identified, then bashed to death with a hammer.

Right now, dictionaries are reference books. We need to turn a collegiate dictionary into a textbook, and add a number of features that would greatly ease learning.

First, we need to get rid of all the words we don't need to teach a basic vocabulary of, say, 50,000 words. Thus, we get rid of all archaic, obsolete, and rare words. Plus, we should get rid of a lot of words that belong to specialized subject areas, such as "ecru", "forcemeat" and "peritrichate".

PAY ATTENTION, OR NO SEX FOR A MONTH!

Then, we need to get rid of all those things that serve as stumbling blocks, such as dictionary entries like:

> **demo-**, a prefix occurring in loan words from Greek, where it meant "people" (democratic); on this model, used in the formation of compound words (demography)

This was found in a dictionary that's a reference book, but in a dictionary as a textbook it's stupid. Why? Because it assumes the reader knows the meaning of "prefix", "loan words", "model", "formation", and "compound words".

Can you see what might easily happen to a student who is looking at the prefix "demo" in a traditional reference-style dictionary? The student looks at the definition of "demo-", and he sees a bunch of gobbledygook which blows his mind and sends him off to the TV in defeat.

Next, we need to change the way the dictionary is organized, so rather than organize it alphabetically, it should be organized from the simple to the more complex, keeping in mind that IT MUST BE INTERESTING. Stephen King could help there, because if you need an example of some word, say, "agglutinate", he could write something like, "How would you like me to cut off the top of your skull and agglutinate some M & M's to

27

your brain?"

Next, the textbook dictionary needs many more examples of the words in action. I'm good at that, too. I even make up fake examples sometimes, to keep people on their tows.

Next, we should organize many of the words according to etymology, so that a word such as "myocarditis" will appear in three places – with all the words containing (1) "myo=muscle"; (2) "card=heart"; and (3) "-itis=inflammation". That way, if a student comes across a word in his outside reading whose meaning he doesn't remember, he'll often have a clue in the word itself because he'll probably remember a word with similar root(s) whose meaning he <u>does</u> know (for example, if he sees "nephritis", he'll have a clue, "-itis", which tells him the word "nephritis" means "inflammation" of something).

This way, a student can learn a lot of words fast, because when he learns the first "-itis=inflammation" word, he sees all the other "-itis=inflammation" words at the same time, and that's probably more than 50 words. And there's probably more than 20 words containing "card=heart", and another 10 words with "myo=muscle" or "my=muscle" (such as "myalgia"). So, in 5 minutes, the kid learns a good clue to the meaning of 100 words. Add the words "ology=the study of", "graph=to write", "gram=something written", "duc=to lead", "ject=jet=jac=to throw", "ang=anx=pain" (angst, anguish, anxiety, anger, etc.), "meter=to measure", "acro=acu=tip, top, sharp", "mar=mer=sea" (marine, mariner, mermaid), "onym=name" (acronym, pseudonym, antonym, homonym, synonym), and "tele=distance", and a bunch of stuff like that, and in about three weeks you teach the kid the meaning of about 5000 words, or at least give the kid a pretty good clue to their meaning, so the kid is flinging words around like a bunch of bats in a cave at dusk, trying to make it out first so they can hone in on insects and chomp them before the other bats get there first. Plus the kids will know so many medical terms they can probably start doing surgery and genetic engineering in about three months, stuff like that. Plus, before long we can change the law and they can start filing class action lawsuits against the people who rip off their parents, instead of hanging around street corners, and they'll make more money doing that than they will from drug dealing.

One of the first things I would do is talk about the planets, and how they are all named after gods, and there was even a god named "Sol", who was the god of the sun, and that's where we get the name, "solar system", which means "the system of the sun". And the word "system" is "sys=together" and "tem=to put", so a system is a bunch of things which are "put together", like an educational system is the teachers, students, books, buildings, etc.

Once you finish with Sol=the sun god, then you can talk about Mercury, who is the messenger of the gods, and as the messenger of the gods he had to be fast, and which planet goes around the sun fastest? Mercury. Plus, if you put a drop of water on a table, and beside it you put a drop of mercury, then tip the table, which drop will scoot off the table fastest?

Mercury. Plus, Mercury was the god of trade, so from his name, Mercury, you get words like "<u>mer</u>chandise" and "<u>mer</u>cantile" and "<u>mer</u>chant". Then you can talk about Venus the goddess of love, and the words that come from her, like "venereal", "venerate" and "venom", and how the Romans would put venom in their love potions, and then you can talk about Gea, the goddess of the earth, and from her you get "geology", "geography", "geometry" and "geosynchronous", and you go through all the planets and show how all the

names of the planets give rise to words, such as Mars giving you "martial arts", "court martial", "martial law" and the month of "March", and all the way out to "uranium" from Uranus, "neptunium" from Neptune and "plutonium" from Pluto, and then you talked not only about the solar system, but you've also shown that hidden in names and words are all kinds of other names and words, so it's like trying to find buried treasure, so the kids get all excited and start flinging tables and chairs around like they are planets orbiting the sun, which if they do that you know you're getting them interested and you're doing your job properly.

If people think it's all too weird, you just title the book, "Stephen King's textbook of words", and everyone will say, "Oh, that explains the weirdness." Plus, Stephen King makes a lot of money, so people will figure it's okay.

There's another thing. The etymologies in a textbook dictionary need to be greatly simplified compared to a reference dictionary, because in a reference dictionary they're so complicated they're stupid.

Then there's the definitions themselves. In the textbook, they need to be simplified. For example, here's one of three definitions for "genealogy" in an old Random House Dictionary (copyright 1980):

> **Genealogy** = "a record or account of the ancestry or descent of a person, family, group, etc.

Too complicated. Below is better (for the textbook):

> **Genealogy** = "a record of the ancestry of a person, family, group, etc.

In the textbook dictionary, the definition should be simplified as stated above, because you don't lose the reader (sex and cats).

Ah, so all of a sudden you're interested in what I have to say, eh? Now that I mention sex and cats? See? I know how to keep people interested, even judges.

Also, definitions should be more idiomatic. Take the word "faucet", which is defined as:

> **faucet**: "any device for controlling the flow of liquid from a pipe."

That definition should be changed to:

> **faucet**: "a device which controls the flow of liquid from a pipe."

Plus, the word faucet should have with it several pictures of faucets.

Next, let's take one definition of "employment", which is "the act or an instance of employing". That's actually two definitions, right? One is "the act of employing" and the second is "an instance of employing".

For a textbook, both definitions stink. One way of doing one of the definitions for "employment" for a textbook <u>might</u> be something like, "when you hire a person or person to

work for you". (I say this off the top of my head. The matter needs to be presented to students themselves to see what phrasing works best.)

Most good teachers know some of this stuff, but they're not systematic about teaching it, or even if they are they don't do it anywhere near extensively enough. Plus, these are only some of the features that are needed, according to me, who did what most parents want their children to be able to do, but I did it on my own. I haven't seen any books in the last 26 years which use my methods, except in bits and pieces.

I certainly don't claim to have all the answers, but my guess is I do have more answers than anyone else except for those people who won't tell anyone else, or who tell only their own children, or a small group. As for me, I'll tell everyone. Isn't that the right thing to do? Plus, in writing such a textbook, I think kids themselves should have a big editorial input, and they should be paid for that input. Ditto for the development of computer curriculum games that replace teachers, and vaporize them.

If a collegiate dictionary is 1500 pages, removing unneeded words can reduce the space to 750 pages. Then, we need to add a lot more examples of the words in action, plus add many more pictures, plus use a lot of redundancy, plus make the type bigger. I figure that to do the job right, we should figure that the student can start using the book in the 4th grade, read an average of 5 pages a night, times 180 days per school year, times four years, so that by the end of the seventh grade the student will be able to read at a Bill Gates level.

People will say, "Hmm. 5 pages per day x 180 days x 4 years = 3600 pages. WHAT! You can't have a book which is 3600 pages! It's an impossibility! An outrage! The profits to the bookmaker alone would be too great! No publisher wants to make that much money! Plus, how would the student carry it around? It would have to be broken up into ten volumes!

So what? The way things are done now is idiotic. All the tests students take show that the vast majority don't read at a top-notch level, so why assign them books that require an ability to read at a top-notch level? They can't read at that level, teachers don't know how to get them to read at that level, so why do they assign students books that require that level of reading skills? Wouldn't it make more sense to teach students to read at a top-notch level BEFORE requiring them to read books which are written for people at that level?

"No."

You're idiots.

"They should look up the words they don't understand."

How can they do that? They'd look up a few words, they wouldn't even understand the definitions, so they'd give up. Even if they did look up the words, they'd be spending all their time looking up words and they wouldn't get through half a chapter a week, and you knuckleheads assign them one chapter a week per class!

The solution of publishers of books on reading comprehension is to try to do it all in 200 pages or the equivalent, which doesn't do the job, yet they keep publishing the same unsuccessful stuff, like mentally challenged judges trying to jam square pegs into round holes, which judges try to do all the time. The solution of teachers is to dumb down the classes, which is great for the teachers, because if the classes weren't dumbed down they'd never be able to teach the students because all the kids would quickly find out that many teachers are idiots. The only hope for teachers is to read my book on reading comprehension

before the kids do, and then they'll all be as bright as little Lucifers (the name "Lucifer" comes from "luc=light" and "fer=to bring", so Lucifer is "he who brings the light").

No matter what the knucklehead educators say, we already know most students aren't going to use the old method of looking up words in a dictionary, because good educators have been telling students to do this for decades, yet most students don't do it (for a lot of reasons, including subcultural resistance; parental discouragement and sabotage, whether conscious or subconscious; confusing and inadequate pronunciation guides; inability to understand the definitions; ignorance as to the necessity of knowing the meaning of all the words they don't understand, etc.). But, when the students (or anyone) don't look up the words, then try to read stuff that has words whose meanings they don't know, they can't understand the stuff, they say the heck with it, and they give up.

"Shut up."

No. I did this for four years. I spent three hours a night reading stuff I could only partly understand, which was immensely frustrating.

"Why didn't you look up the meaning of words you didn't understand?"

For three reasons. First, I thought I understood the meaning of a lot of the words, when actually I didn't, in part because so many words have multiple meanings; second, the words I didn't understand I tried to understand by context; and third, I didn't have time to look up the words I didn't understand, because there were too many such words.

"We strongly recommend the 'understanding by context' method."

That's because you're idiots. You assume students know the context, when for most students, the context itself is only partly understood.

"Shut up."

No. I'm gonna cut off your face; smash your toes. So now you get these kids all over the country who are like me, and they're not just working-class kids, they're middle-class kids and white, Hispanic, black, oriental and native American kids, and even kids from wealthy families, and most of them don't know how to read at a top-notch reading level because Mr. and Mrs. Gates don't live in their homes, and because Bill Gates isn't smart enough to see the profit potential in creating books and computer games that would replace 70% of the teachers all over the planet.

If you could make video games that included most of the curricula for K-12, you'd reduce the need for teachers, learning would be more fun, and the company which made the video games could become one of the richest companies on the planet, if they worked it right. But the teachers wouldn't like it if you took their jobs, so they would sabotage the operation, kill all the participants, and hide the bodies on the space shuttle and fling them off toward Mars.

"That's stupid."

Now get this, because it's important. When you're learning words, you want to put them in as many storage areas as possible, so you can retrieve them easily.

"What do you mean?"

I mean, when you see the word written down, that goes into the vision memory of your brain; when you hear the word, that goes into your auditory memory; when you write the word down, that goes into your muscle memory, like when you ride a bike (because that creates a memory of how to ride a bike). So, the word is stored in three memory areas.

"So what?"

31

So you have to keep those things in mind when you're writing the book, or developing the video games. The more places meanings are stored, the easier it is to retrieve the meanings.

One major problem with reference dictionaries is that you don't hear the word, and the pronunciation guides often don't help much because the pronunciation guides stink.

"What does that mean?"

It means you should, if it's economically feasible, add an auditory part to the written dictionary so you can actually HEAR the pronunciation of any word you look up, and maybe the pronunciation of all the definitions and the examples.

"That would take up too much memory."

Well, we need to strike a balance between cost considerations and degree of effectiveness.

"What does that mean?"

It means shut up. Kids need to hear the pronunciation of the word, because if they don't, they'll be pronouncing words the wrong way and their teachers, friends, and supermarket clerks who have started playing the "K-12 Superstudent Video Games" will make fun of them, so the kid will have to miniaturize them, which is a different game we can make later.

"Miniaturize?"

QUIET!  I SAID LATER!  There's another thing.  If you're not sure of a word's pronunciation, that undermines your confidence, which is exactly what we don't want students to have – low confidence.  They build confidence not by looking in the mirror and saying, "I'm confident, I'm confident".  They build it by mastering skills, so they need to know the pronunciation of the words, which is not as easy as it sounds unless they can actually hear the words.

And here's another thing. In newspapers and magazines, they'll put someone's name, like Meaouigl Jiaboaei, and they won't tell you how it's pronounced, which is stupid. They should tell you. Or maybe they should just change the guy's name to "Fred", just for the story. Wouldn't that make things easier?

Now, check this out.  I (J.R.) took only one science course in college (cultural anthropology), and in high school I only took one science course (Physics), and I cheated in that course, because I had no clue what was going on.

"So what?"

So, when I play the TV show "Jeopardy", or "Trivial Pursuit", the category I do best in is "Science".

"Why?"

Because when you learn the meaning of scientific terms, which you can do by going through the dictionary, you learn many of the ideas which are the building blocks of science, so when you read stuff anywhere else about science, like in a newspaper or magazine, what didn't make sense before now does.

If my dictionary-as-textbook idea works – as it will if the book is written properly – that means literacy levels will rise dramatically over a short period of time (5-10 years), for several reasons. First, many students won't limit themselves to 5 pages per night (one major reason they limit themselves now is that they don't understand much of what they read; the new book will solve that problem because every day, students' reading will improve, and the

book itself will be progressive, each section building on what has already been done in previous sections). Second, millions of low-literacy adults will buy the book and read 10-40 pages per night so they can get smart fast. Plus, the book should be filled with passages that use the new words, and those passages can teach all kinds of additional useful things.

"You're dreaming."

No, nitwit. Look, humans are naturally curious. But much of American education, and most American parents, kill most of the curiosity of the children. Thirty kids can't sit in a classroom asking question after question after question. The teacher will say, "Shut up." Plus, the typical teacher won't even know the answer to a lot of the questions.

Imagine asking most teachers, "Why is grass green?" or "How do birds fly?" Many will say, "Shut up", because most don't know the answers, and most parents don't know, either. Or, they'll give you a bad explanation, pretending they know, when they really don't. This happens all the time, all over the place.

Not only that, but most teenagers will work at a job because why? Because they make money, and the more they work, the more money they make. But for most students, it's not true that the more they study, the smarter they get. Instead, the more they study, the more frustrated they get. It's a classic case of inadvertent negative reinforcement due to defective method compounded by socioeconomic counterinfluences and lexicographical disillumination. Yee-hah!

Ahem. Once my methods are introduced, book, magazine and newspaper publishers will stand to benefit hugely, because once people get to a high literacy level, they want to read more and more of all kinds of things, because there are interesting things going on everywhere (there are interesting things going on everywhere now, but most people aren't interested because they don't understand those things; give them the tools to understand those things and you don't even need a lot of money to be happy, all you need is some interesting things to read and do, and this will multiply hugely the number of interesting things which are available to the average person, because now those people can understand those things).

(It's worth noting that this is exactly what happened to me. The more I understood, the more I realized how many interesting things there are in the world. For example, I was never interested in geology, because I couldn't understand it – but once I learned how to understand it, it became accessible, and a subject like geology is inherently interesting to people who have normal curiosity, so long as their curiosity isn't repeatedly stymied.)

As people buy more books, magazines and newspapers, the publishers of such materials will gain higher status in the world, they will make bigger salaries, they can buy harems, and they will make a lot of money in the stock market if they see what's going to happen in advance and they can pinpoint likely beneficiaries of the reading deluge, which means that soon they will be able to buy all those Renoir paintings and DaVinci manuscripts they always wanted.

Remember, "In the beginning was the word, and the word was with God, and the word was God" (John 1:1). I don't know what that means, except it suggests that words are important – and if words are so important to God, shouldn't they be important to us and our children?

But I didn't tell you all the things you need to know, and all the pitfalls which will stand in the path of making this whole project work, because I don't have the time, because I

only get to use this word processor about an hour a day, and I want to take Stephen King out from under the gun as soon as possible.

In addition to making computer games that increase comprehension, and a dictionary as a textbook, we should have all television shows be educational, no matter what the show, so that even sports shows can have that running caption line down the bottom which teaches people words, as a public service, and if people don't like it, we can ask them if they would rather learn Chinese, because within 25 years, China's economy is going to surpass ours as the largest economy in the world, and the country with the largest economy has a huge influence over the way people live. Do we want China, which is willing to kill baby girls as a form of birth control, to greatly influence how we live?

To tell you the truth, though, there's only one way that I can see for the United States to stay ahead of China's economy, and that's for the United States to take over Africa, as I suggested earlier. That adds almost a billion people to our population, which makes us equal to China in population. But we can't take over Africa unless the people want us there, so we have to promise them guaranteed food, and clean water, and decent educations, and basic medical care, which means we'll have to teach their people how to be nurses and doctors, stuff like that. Plus, they have an AIDS epidemic, so we need to help them out and stop the spread of AIDS, because it's the right thing to do. God isn't going to show up to help these people, so we should, because that's what good neighbors do.

Maybe we should take over Central and South America, too, but to do that we have to give people a better deal than they're getting now, which I can do, because I'm willing to kill all the bullies in America and elsewhere, if that's what it takes, plus I'll build coliseums all over the place with lions, tigers and bears that eat people, which will probably become more popular than soccer.

Americans will say, "We can't afford it", but the way I figure it, it won't cost us anything, if we do it right, for the reasons I mentioned earlier, plus other reasons I won't get into until later. Even if it does cost us something, it will cost some people a heck of a lot more if we don't help out desperate people, because as the alpha male I'll confiscate all the property of rich people and let the poor people live in the rich people's homes in Beverly Hills, like the Beverly Hillbillies, and on Park Avenue in New York, and I'll send the rich people to live in the tents in Africa, and drink the dirty water. I think middle class and working class people all over America will like that. We can even show these rich people on reality shows, getting eaten by crocodiles and getting dysentery, which means you have diarrhea mixed with blood and mucus. That should be one of the most popular shows on television, seeing some of the rich celebrities living like that.

Do we want to live in a world where China has the dominant economy, and the dominant military? That's where we're heading, fast. (China is currently developing a fleet of nuclear submarines, some of which no doubt will be stationed off our coasts, complete with nuclear weapons).

I'm not saying that China is evil. They probably look at us and see our children killing their classmates and teachers at school, so they see that some of the things we do they certainly don't want in their country, so there's enough finger-pointing to go around at everyone. I mean, our ancestors in the United States killed nearly an entire continent of native Americans, didn't they? So we tell ourselves we're nice, wonderful people, but the

fact is if we collapse on the sidewalk in most major American cities, 95% of the people will walk past you and will offer no help, even if they have cell phones.

We call ourselves nice because it makes us feel good about ourselves. For many of us, we're not very nice at all. "Niceness" is the myth -- the lie – that we use to describe ourselves and cover up our crimes, and our indifference. And that's the truth.

We should remember that the Chinese do a lot of things better than we do. For example, if you steal a lot of money from the government in China, the government says you stole it from the Chinese people, which is true, so they cut off your head or they cut you in two, stuff like that, which is a good idea, because the government can put the execution on pay-per-view TV and make back some of the money that was stolen.

The best way to have a safe world, though, seems to be to get along with one's neighbors, not constantly quarrel with them and criticize them. Certainly there are some good things we can learn from the Chinese, and the Muslims, and from India and Hinduism and Buddhism and Confucianism and from animistic religions, etc. We need to keep an open mind and recognize that probably every country has some way of looking at the world that can help us, and we should try to help them, which is what good neighbors do. We shouldn't go around telling all our neighbors how to run their own families, except if it's me who tells them. Instead, we should set a good example, which we're not doing right now, in a lot of ways.

Now, I'll summarize a few things, and add a few extra things that might be useful to the thinking person, because this could be the last time I write something, because it could ALWAYS be the last time I write something, when you think about it. That's true for everyone.

Anyway, all the nice people who are Catholics, Protestants, Jews, and Muslims don't stand a chance against me to become the alpha male. The Pope just died, so the new Pope will think he's superior to me, so I'll have to destroy the leader of the Catholic Church, who is also the leader of the Protestants, Jews, and Muslims. That leader, of course, is the God of the Old Testament (a/k/a Jehovah, Yahweh and Allah).

You would think that killing the God of the Old Testament would be easy to do, because he's a murderer of children (see Exodus 12:29, where God hacked to death the firstborn children of the Egyptians). But it's not as easy to kill the God of the Old Testament as it sounds. That's because the idea about God, Jehovah, Yahweh and Allah was jammed into people's brains when they were children, and they can't unthink it. They're terrified to unthink it. In other words, they're afraid to grow up and stop believing nonsense. They think if they stop believing nonsense, they'll be zapped by lightning or something. They really believe that. Plus, they think there's a devil with a red shirt and pointed ears running around with a trident, sticking people in the rear end and causing people to go "Ouch!" and "Eek!". Then there's the abominable snowman and the Loch Ness monster, and Dracula and Casper the Friendly Ghost, and these creatures are lurking around and flying through the air like the Wicked Witch of the West on her bicycle, before she turns into a witch. Even the Pope believes all this stuff. Him and all the cardinals. They're all a bunch of looney tunes. Then there's Little Red Riding Hood and the Big Bad Wolf and the three little pigs, who could be played by Hillary Clinton, Martha Stewart and Madonna, and George Bush can be the Tin Man, and Ted Kennedy can be the Cowardly Lion, and John Kerry can be the Scarecrow. Then Sandra Day O'Connor can be Snow White, and the rest of the Supreme

Court justices can be the seven dwarfs, except for Judge Rehnquist, who can be the mayor of Munchkin Land.

Anyway, the way I figure it, I'm a better man than that child-murdering God of the Israelites, because I couldn't kill children. Besides, if the God of the Israelites was all-powerful, why did he kill children? Why not just kill Egyptian soldiers? Or why not just snap his fingers to free the Israelites from slavery?

Then again, if the Jews were truly God's chosen people, why didn't God give them America as their promised land? Why give them arid, dry Israel? Or why not give them Russia, which is the biggest country in the world, or China or India or Southeast Asia, which are luxuriant all over the place, or Sweden or Great Britain or Ireland or Greece or Italy or Venuzuala, with all its oil?

The reason the god of the Israelites didn't give the Jews one of these other places is simple. The God of the Israelites didn't even know that these other places existed, because the God of the Israelites didn't exist. He's not the real God. If he did exist, wouldn't he be out on a yacht or something with a beautiful woman, because if he was all-powerful, he could have sex all the time, and he would never have to stop, and he could have about one orgasm every second of the day, which is how many orgasms? 60 x 60 x 24 = ? Even then, he'd probably have to stop once in a while and eat something, wouldn't he?

I think the real God is that light at the end of the tunnel that people meet when they have near-death experiences.

Not only that, but does it make sense that God made Howard Stern, Jerry Springer, Karl Marx and the three stooges his chosen people (since they are all Jewish), and not include among his chosen people men and women like Confucius, Mother Teresa, the Dalai Lama, Muhammad, Sally Field, the Hindu sacred men, and the ancient Japanese emperor Jimmu (whose name is almost like mine, Jimmy)! And why would the real God say that little black children in Africa who die from disease or malnutrition, or the children in Iraq who get blown to pieces by the Americans, or all those beautiful little Chinese girls who get murdered by Chinese doctors are not God's chosen people? He would have to be a rotten god to leave out all those children, plus leave out all the adults in all those countries.

Anyway, I figured that the way to kill the God who is a murderer of children is get together with kids who are three and four years old and hunt down that child-murdering God and run him over with tricycles that have those razor-sharp spikes and blades coming out of the wheels, like in the movie, "Ben Hur". Then, when God tries to get away, the kids can race after him with the tricycles and cut him to pieces.

Plus, the God of the Old Testament said that if you didn't obey him, here's what he'll do:

> "I will bring terror on you… I will make you sick. Your crops won't grow. Your enemies will defeat you in battle. Those who hate you will rule over you. I will send wild animals to kill your children. They will destroy your cattle. I will send a plague among you. I will cut off your food supply. You will eat the bodies of your own sons and daughters." (Leviticus 26:14-33)

Well, that God of the Old Testament was one mean character, plus he was the world's first terrorist, because he said, "I will bring terror on you."

The Old Testament might have added:

"The way to worship me, the only true God, is to give lots of money to the high priests. The high priests are wonderful people. Give the high priests money and beautiful virgins, plus food, such as lamb for lamb chops and beef for steaks. Bring these gifts to the high priests, and I won't bother you. The high priests will burn all the stuff and send it to me via smoke signals."

"Rough, rough. Rough, rough."

"Pay no attention to that man behind the curtain. There's no place like 'om'. There's no place like 'om'. Remember, people. Give the high priests money, money, money, and virgins, virgins, virgins. Plus, give them bulls so they can make steaks and filet mignon, and give them wine. Lots of wine. Plus myrrh, frankincense, gold and the latest electronic devices. Plus a new car. Do this or you will be zapped with lightning!"

"Rough, rough."

After killing God, I will announce that I am now the new God, and from now on all the churches, cathedrals, synagogues, temples and mosques belong to me, and they will thereafter be used as shelters for homeless people if no other shelters are available. It's not right that people should die outside in the cold when there's a house of God nearby. If there's a house of God nearby, that's my house, so the homeless people can stay there as long as they are polite and nice. If they're not nice and polite, they get their heads chopped off.

I don't say I'm God because I believe I'm all-powerful or all-knowing. I'm neither of those things. I say I'm God because a little girl anywhere in the world doesn't know anything about an old man from outer space who is looking down on her and who is there to protect her. To little girls all over the planet, her Daddy is the most powerful person in her little universe, so her Daddy is like God to her. That's true for all little girls everywhere in the world who have a good Daddy, which means her Daddy has a sacred obligation to protect her.

After announcing that I am God for the entire planet, because I am the alpha male of the planet, I announce that the entire earth is my house, and that any men in positions of power who don't like it must resign from their jobs, and a woman will take their place. That means heads of government, CEO's, managers of Little League baseball teams – in fact, leaders of all important organizations, everywhere.

Next, we set up a triage system to get help where it's needed most. One of the first things we should do is help those refugees in Sudan. I was thinking we could fly them all to America, and let them stay in tents on America's golf courses, because the golf courses are all nice and clean, and they all have good supplies of water. I bet Tiger Woods would be in favor of that, as would most of America's golfers, because good golfers know that human life is more important than golf itself, so that's what we should do, unless someone else has a better suggestion. If any of the golfers oppose this, we can take their cars, homes, bank

37

accounts and everything else they own, give it to the refugees, and send the golfers to Sudan and other countries, where they can live in the outdoors like the refugees once did, and use their golf clubs and golf balls to clear mine fields.

Another thing. There are many places, in addition to Africa, which need updated road systems, and aqua ducks all over the place, plus we need a worldwide telecommunications system so I can talk to everyone using those anatomically correct sex dolls. We'll use those dolls to teach everyone on the planet how to have safe sex, and how to turn a woman on without getting trampled by elephants, or getting eaten by a Bengal tiger, or in China, by a Panda bear.

Next, I'll fight any Muslim male on the planet who won't accept me as his leader to prove that I am a better fighter than all Muslims. It will take many years to fight all the Muslim males, but I'm not afraid. Plus, I'll fight all the Hindu and Chinese males. I'll fight members of all weight classes, beginning with the lighter ones, and work my way up to the heavyweights, but I won't fight any male who weighs less than ten pounds. Tell those Muslim, Hindu and Chinese males to start hitting the bag and practicing their karate kicks.

Hey, how come 500 million Chinese people can ride a bicycle without falling off, but George W. Bush and John Kerry fall off even though their bicycles have training wheels?

Maybe I'll put my daughter Shaina in charge of China, because her name can sound like China, since in the English system of pronunciation the "ai" in Shaina can be pronounced like the "ai" in "jai alai", and the "ch" in "machine" is pronounced "sh", so "Shaina" can be pronounced "China".

If I put Shaina in charge of China, I should also put an eight-year-old Chinese girl in charge of the United States. Her qualifications are that she needs to be nice and polite. I bet there's millions of nice, polite eight-year-old girls in China who would do a better job of running the United States than George Bush, and most of them can ride a bike better than he can, so maybe we'll put a girl like that in charge of the United States. Then again, maybe we could put an eight-year-old girl in charge of all countries, and teach eight-year-old boys how to fly jets and be captains of aircraft carriers, plus take care of nuclear missile silos.

Next, the Jews in Israel have to admit that they stole Palestine from the Palestinians, and every leader of every other country needs to admit that their country was stolen from some other people at some point in time, so it's like kindergarten where all the kids stole a toy from some other kid, so at the end of the day all the kids have to put all the toys back in the toy box.

One way to do this would be to move everyone in the world to Texas, because I heard a while back that if you put everyone in the world in single-family homes on quarter-acre lots, they would fit into an area the size of Texas, and then we could have a race to see who gets to the rest of the world first, except that if it's a running race it wouldn't be fair, because then people from Kenya and Ethiopia would get to the best places first, and they would own all the best property, and if we had a race with cars the French, Italians, Germans, Russians and the crazy Americans from down south would all be out there driving around the world like madmen, and if it was horses you'd have the Cossacks and the Mongolians and the Argentinians and Clint Eastwood going against each other shooting each other up like the old west, so maybe we should just divide up all the world's land by a lottery.

Now, here's something important. From now on, women all over the world need to be responsible for their own pregnancies. If a woman gets pregnant and she has no way to

support the child, and then she has the child and she still has no way to support the child, then she should be presumed to be unfit to be a mother. The child should be taken from her and she should be neutralized. We can't have women going around having as many kids as they want, and forcing all the responsible mothers and fathers to pay for the children of the irresponsible mothers.

The law should be simple. If a woman wants to have children, she needs to be married to the man who gets her pregnant, or she needs to be independently wealthy so she can support the child with her wealth. If she's not married when the child is born, or she's not independently wealthy, she has to give up the child, and then she gets spayed so she doesn't put any other child in that situation ever again. A lot of women will object, but if they object because they care more about themselves than they care about their own children, we should cut off their legs and arms, and attach the legs where the arms were and the arms where the legs were. That will create a whole new industry for new clothing, and clothing design, because the blouses will have to fit over the legs, which means the sleeves will have to be longer and wider, etc.

Also, every child needs to have two parents who are responsible for the child, even if the mother is independently wealthy. That's called a system of checks and balances. If one of the parents is bad, the other one can protect the child. If both parents hurt the child, they should both be nuded and the child should go to better parents, but the bad parents have to pay for the child's upkeep.

But who will raise the child?

Good question, because in a nation like the United States, which is filled with 50 percent or more of adults who hit children, there's a shortage of good foster parents, so that situation needs to be rectified, by making all parents better parents. TV can do that, whether people like it or not.

Another thing. No good man would put his sperm in a sperm bank and let his child be raised by someone he doesn't know, or even if he does know the person, any good man will want to be a part of the child's life, and be there to protect the child. Therefore, it's reasonable to conclude that men who donate to sperm banks without knowing who the mothers will be are selfish men. Maybe that's genetic, and it's not a trait we want to pass on to new generations. Plus, some sperm banks sell some sperm to laboratories so scientists can create new life forms, so a guy who donates to the sperm bank will go to the Everglades in twenty years and all of a sudden he'll notice that all the alligators look like HIM, because the DNA in his sperm was used to make a new species of alligator. Then, if the guy flips out when he sees the alligators and has a heart attack, that will increase medical costs in the nation, and we want to avoid that.

One problem is that there are women who will try to trick a man into marriage by getting pregnant. If he's a good man, he'll get married to her, even if he didn't want to, because good men are responsible. That means good men who get tricked into marriage end up married to dishonest women, which is bad, because both parents should be good and honest. Therefore, men and women who are dishonest about their marriage intentions need to be killed, until further notice.

Next, the United States.

If the United States was a fair country, half its Senators and Congresspeople would be women – but women haven't even tried to get equal representation in Congress. Why not? What are they afraid of?

If the United States was such a great country, then people would take responsibility for their own actions and the law would require that they testify openly and honestly about their actions, whether they be criminals or cops, and they would not be allowed to hide behind lawyers, half of whom in many cases are in the business of trying to hide the truth, and one of the worst crimes of all would be lying in a courtroom, since how can a judge do justice if he doesn't know the truth?

If the United States was such a great country, then judges would be chosen who are good, fair, honest and compassionate people, not because of their political beliefs.

If the United States was such a great country, then its leaders would be in the forefront of helping to assure that everyone in the world had enough to eat (since there is food enough for everyone), had plenty of clean water, lived in safe neighborhoods, had good educations and basic medical care, yet America's leaders can't even assure those things for people in America itself, in part because institutional and political reasons stand in the way, in part because of ongoing, pervasive, disguised and denied racism, and in part because those at the top want to stay at the top, even if in order to do this they consciously or subconsciously structure a society, and world, where billions of people are kept down, or who are considered by many American leaders, and many of the American people, to be irrelevant and disposable.

If the United States was such a great country, then it would truly embrace freedom of thought and freedom of speech, rather than stifle them, so that someone like myself needn't have reservations about saying that a good argument can be made that Osama bin Laden was not wrong to attack the World Trade Center and the Pentagon on 9/11/01, because America has been helping the Israelis to kill Palestinian Muslims for the last 57 years, since 1948.

If Americans don't keep an open mind about important issues and examine issues fairly, the ultimate consequence will absolutely be that many more Americans and Jews, both in Israel and America, will certainly die, and that's an outcome we should want to avoid, just as we should want to avoid the death of people everywhere whenever possible. I would also argue that America is in Iraq in large part to protect Israel, which means American soldiers are being injured and killed to protect Israel, and if I had a child in the American military, I wouldn't want my child to die to protect Israel. Israelis should be protecting Israel, not Americans. (It's also important to remember that many Jewish people can't think straight, because of all the trauma in their history, and because they think that Howard Stern and Jerry Springer are God's chosen people.)

If the United States was such a great country, it would not have as its leader a jingoistic, name-calling cowboy whose yahoo view of the world is grafted to the view of fearful and terrified Israeli Jews whose delusion that they are God's chosen people, coupled with the delusion of George Bush and many of his supporters that they are God's chosen people, has recently cost the United States, and its people, half a trillion dollars (what with the economic downturn after 9/11/01, the war in Iraq and Afghanistan, and the massive buildup of "Homeland Security") – an amount which comes to about $20,000 for every African-American adult.

40

If the United States was such a great country, then its people would be smart enough to realize that something needs to be done now, immediately, to confront the multiplicity of problems which are stressing the world or else the prospect of disaster for the United States rises from realistic possibility to virtual certainty.

Etcetera.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Now, let's pose a problem for America's women:

In our home (planet earth), an estimated 30,000 people, most of them children, die every day from starvation, malnutrition, or easily treatable diseases, even though there is enough food for all of them, and the cost to treat most of these diseases is low.

A lot of Americans would like to help these people, but they don't know how.

The world is under great strain from human activities. Right now, there is no organization which can halt the pressures on the earth from getting worse, every day.

The earth adds 100 million more mouths to feed every year.

The earth has enough clean water for everyone, but most of it is not located where the people who need it are located.

Energy needs worldwide increase every year. The only way to fill most of the need is through fossil fuels, which are finite and certain to go up in price, and which contribute to global warming.

Given these simple conditions, and assuming you (a woman) are elevated to a position where you are totally in charge of the house (the planet), and everything in it, do you think you could make the earth a better, safer, healthier home? If so, how would you do it?

And the answer, of course, is that probably 98% of the world's women could figure out parts of the answer, easily, and 20% could probably get most of the answer. But none of those women can do much, even if they have all the answers, unless they can get the position (of being in charge of the planet), and I don't think any of these women can get the position except through me. They can try, but how long will it take? 100,000,000 more mouths to feed, every year.

If earth was a spaceship (and in a way, it is), there would be warning alarms going off all over the place. Why are so few people listening to those alarms?

Let's be realistic. There's no way I'm going to take over the planet unless I get the support of women, and there's no way I'm going to get the support of women unless my ex-wife Karen tells the truth about me as a father. So, Karen is holding things up for the entire world, and for mothers everywhere who want their kids to be able to have a decent life, and a good shot at the big time, but do you think Karen cares? Why doesn't someone ask her?

There's another reason I probably won't get the alpha male position. It's because I've been so enraged about the injustices done to my daughter, and to me, that I've made a lot of threats and done a lot of things that most people will hold against me. Every good parent will understand why I did the things I did, and said the things I said, but in the United States, a majority of parents aren't good parents, if it's true that a majority of parents hit their children. As for me, I understand that when a person is enraged due to a monstrous injustice, anything they think in terms of violence or retaliation is acceptable to think, especially in America, where we still have the right to think whatever we want (even though most adults don't exercise that right).

41

The rage part of the mind isn't rational. The rage part of the mind just wants to kill. As for me, I've kept the rage part of my mind in check by not doing anything violent, which some would say is good, but it probably would have been better for my daughter if I had used violence to stop the abuse against her.

Some people will say that because I have bipolar disorder, that's a genetic defect, but as I like to point out to people, bipolar disorder actually gives a person certain genetic advantages in certain situations, plus the people in this world who have the most influence over time are often people who today would be seen as people with "mental illness".

For example, take Moses, Jesus and Mohammed. Certainly they have had a huge influence in the world that has lasted for centuries, or millennia. Yet if Moses were alive today and told a psychiatrist that he walked to the top of a mountain, talked to a burning bush, the bush talked back to him, the bush said it was God, and Moses believed that the bush was God, the psychiatrist would write: hallucinations, hearing voices, delusions of grandeur.

And if Jesus were alive today and talked to a psychiatrist and said he had talked to the devil in the desert, said he had risen from the dead, and said he was the son of God, the psychiatrist would write: hallucinations, hearing voices, delusions of grandeur.

And if Muhammed were alive today and told a psychiatrist that he had talked to the angel Gabriel in a cave, and Gabriel talked back to him, the psychiatrist would write: hallucinations, hearing voices, delusions of grandeur.

So all these people would today be seen as people with mental illness, yet half the people in today's world follow religions that wouldn't exist if not for these men. That's because a "mental illness" like bipolar disorder sometimes allows a person to tap into truths that most of the time we ignore, hide or fear. The person with bipolar disorder, and perhaps some other mental illnesses, becomes immersed in those truths, while all around him people are trying to snuff that experience with medication, rather than let it go forward so he can see what he might find. Afterwards, he hears people talking about the trip they made to the Great Wall of China or the Himalayas, yet he can't tell them about the time he journeyed back to the beginning of time because they won't understand, plus they won't like him because his story will be more interesting than theirs, and they won't like that, because they won't to be the center of attention. The world is filled with such people who want to be the center of attention. Many of them are college professors and newspaper columnists. (You may think from reading this that I want to be the center of attention, but I don't, because the person at the center of attention, especially if he's a male, stands a good chance of being assassinated; but I'm willing to be the center of attention if that's what it takes to protect my daughter, or keep the world from going into a tailspin.)

Even if I don't get the alpha male position, I hope to accelerate the process by pointing out to everyone that the competition exists, is ongoing, and every man is a contender, so let's get the competition heated up, boys. You all think you're better men than me for the job? Prove it. And the fact is, none of you can prove it, because none of you are. Most of you will think you are, because you'll look at what you think I've done, and what you think is my background and work history, and you'll say, "Blah, blah, blah," and that's what you Americans are best known for. Blah, blah, blah-ing your lives away. And while most of you blah your lives away, I've always kept my eyes on the real prize, which is not the best car, or the biggest house, or the most money. The real prize is...

42

HAH! You don't even know. Idiots! How can you expect to be the alpha male of the planet unless you know what the prize is?

I'll help you out a bit, boys. I'll attach a list of some things you need to become the alpha male, in the eyes of a good woman (Exhibit D). If some women don't like my criteria for the alpha male contest, they should be devoured. I'm trying to make it a contest of men who will safeguard the planet and all the people in it. Too many women would make it a beauty contest, or a contest where their own selfish desires are more important than the needs of desperate people, and the needs of the house as a whole.

I'm comfortable with my criteria. If women aren't comfortable with my criteria, I'm willing to listen to reasonable arguments, but remember that every day we disagree, another 30,000 people, most of them children, die unnecessarily, and no god from outer space is going to show up to save them. If the deaths of 30,000 people per day don't matter to any particular woman, her opinion about who should be the alpha male shouldn't matter, and she should be escalloped.

The Bible says that God created the entire universe in six days. Certainly women can do something simple like choose a man to be the alpha male of the planet in six days, right?

Now, you women need to do something fast about taking over the house and getting things under control, because 100 million new mouths to feed every year is going to put such a strain on things that your own children, wherever they live, will ultimately suffer, unless you women get your acts together and take control. And don't forget the asteroids. We know for certain that a huge asteroid will someday hit the planet. It may not hit for ten million years. It may hit in ten years. If one big enough hits in ten years, we're all doomed, because instead of preparing to divert or destroy that asteroid, today's men are more concerned about watching a bunch of oversized men in skimpy clothes bounce a basketball up and down a court, over and over and over. And that's not a very smart way of preparing for that asteroid, is it, ladies? So, why don't you do something about those idiot boys who waste time, money and human life squabbling over subordinate issues while at the same time they put your children at huge risk of extinction?

Oh, and when you women are done thinking that all your men are better than I am, remember that only one male can stand above all others in the social pyramid, and what's the word from Latin which comes from "stand above."

"Super=above" and "stit=to stand". So, he who can create a "superstition" that he stands above all others is the one who wins the prize. (The word "constitution" comes from "con=together" and "stit=to stand", the idea being that a constitution is a document by which people agree to "stand together" for the common defense, the common welfare, etc.)

It's easy enough for me to create a superstition, given all the coincidences created for me by supernatural beings. (See Exhibit A.)

If any of you boys can create a better superstition than I can, let the fellow come forward and stake his claim for the alpha male position. But my guess is that there is no other such male.

Now, I want you boys all to remember something, because there's an excellent chance it may save your life some day when the competition gets especially intense.

"Remember what?"

43

What you want to remember, boys, is that in the alpha male competition I'm so far ahead of you that I'm behind you, and all I have to do is push this little old button and – LOCK! And now I press this other little old button which says "FIRE" and – WHOOSH!

Now, you boys have about four seconds to eject, but none of you are going to make it in time, because none of you know what craft I put you in, so just scream to yourself: WHICH CRAFT? WHICH CRAFT? And BLASTO! You're blown into about a million pieces. And every time you think you're better than your Daddy, you just remember that you always need to know what craft you're in, and what it's capable of doing, and how to eject before it's too late, because if you don't, you're going to be dead every time. Remember that as you get blasted to pieces once again, and get reincarnated, because some day, maybe a million reincarnations from now, you'll be sitting in my spot, targeting me, but I'll be so far ahead of you I'll be behind you, and you'll be screaming...

WHICH CRAFT? WHICH CRAFT?

WHOOSH...

Bury that thought deep into your brains. You'll almost certainly need it some day.

But forget all that. Maybe I just added that stuff in case I'm charged with a crime for filing a bogus civil complaint. By writing all the above stuff, I can use an insanity defense.

The first thing I'm going to do if I take over the house is spend time with my daughter, to deprogram her of all the nonsense and cruelty her mother put into it. If that takes three months, I'll spend the three months. If it takes ten years, I'll spend the ten years. My daughter comes first. She is my first responsibility.

In the meantime, I'll put someone else in charge of the planet. You all do what the person says or I'll turn you into women. I'm not bound by international treaties. If you live in third-world countries, I'll saturate your water and food supplies with female hormones, and you'll lose your facial hair, become impotent, and start developing breasts, and the only way to stop the process is for you to stop fighting, lay down your arms and surrender, so we can give you the antidote.

From now on, every session of Congress will start out with everyone singing one of my favorite songs, which is "The D Song" from Sesame Street. Some of its lyrics are:

> Do a dance
> Dig some dirt
> Dunk a donut for dessert...

It's a fun song, and I think all the Senators, Congressmen and Congresswomen will like singing it. It will get them off on the right foot every session, and get young people interested in politics.

The boys who run the various parts of the planet will try to block me at every turn in my effort to become the alpha male. Fine, but I don't need them to take over the planet. All I need is the women. And do you know why? Because women can think faster than men. The reason they slow down so much is because the men keep interrupting them. That's because the men want to dominate them. Studies show that 85 percent of interruptions between a man and a woman are the man interrupting the woman, not vice versa. But me, I listen to women, which is why women like me more than they like a lot of other males, and

44

like I say, women think faster than men, which means in the modern world, the information age, women can beat men in a takeover of the planet.

You don't believe me?

It's evolution. Women learn to think faster than men, or have it in their genes to be able to do so, because that's how they survive. A man who's dominant says something, and a woman who is subordinate to him either obeys him, or thinks of ways to circumvent him if he orders her to do something stupid. (The word "circumvent" comes from "circum=around" and "vent=to come".) Therefore, women are always trying to come around men, but most men get in their way. As for me, I know how to go where the women want to go, so we get there together. And what's the word for "come together"?

"Con=together" and "vent=to come", so we go to a… "convent".

Wait a minute. That's not right. Hmm. I know. We go to a "convention". A convention is "convent" plus "ion", and an "ion" is a "charged particle". And what's a "particle"?

It's when your father tickles you? Get it? "Pa tickle". (I know all kinds of things like this.)

Anyway, let's play the game, "Take over the planet." The women are on my side, the boys in the U.S. are on George Bush's side. You boys from China, India, Japan, Germany, France, Great Britain, Nigeria, Egypt, Indonesia, Pakistan, Brazil and everywhere else in Africa, Asia, and North, Central and South America think you can beat the women in this game? Nonsense. The first thing you boys need to do in the game is choose your leader, and there's no way you boys are going to accept George Bush as your leader, so you'll have to choose someone else – which means the women are way ahead of you, because they already have their leader (me), and they're off and running. Plus, the women don't have to keep me as their leader. They can replace me anytime they want. Of course, they don't even have to play on my team, but what's the alternative? The boys have new strains of smallpox, and you know that sooner or later one of the boys is going to use one of those strains, which means millions of the women, and their children, are going to wake up with their bodies covered with pustular eruptions. Thirty percent of the women and their children will die, and the rest will be disfigured for life. If the women want that, they should keep doing what they're doing now. If they want to avoid such an ugly world, they should play on my team. Like I said, they can replace me whenever they want, but as long as they accept me as their leader, we have to make a few moves to jump ahead of the men, and show them we mean business.

Here's one major problem, though. The women in positions of power in the world got there by learning the rules laid down by men, and following those rules. But when it comes to who takes over the world, anything goes. But many women are afraid to sail in uncharted waters. Not my daughter, though, at least when she was younger. When she was only two and three years old, she could beat me in every game we ever played, and do you know why? Because I let her make up the rules. I knew it was important for her to be able to master her little world, so that she would feel comfortable going out and mastering larger worlds later on. In order to master her little world, I let her make up the rules for any game we played, so long as she didn't do anything to endanger herself, or anyone else.

And what did she do when I let her make up the rules?

45

She made them up so that she would always win. But after she won five or six times, I would pretend to whimper and say, "But I want to win some, too." So then she would change the rules so that I would win some, too. It was beautiful to watch her mind at work, but the kind of independence I was trying to help her develop was exactly the kind of thing that Karen didn't want her to have, because Karen always wanted to beat Shaina – which is one reason Karen would always beat Shaina, physically and emotionally. But Karen could only get away with doing that in a country of too many women who don't care that a little girl is being hurt, or who see a hurt child as an opportunity to make money from the child's pain. That's America, for sure.

I once had a plan for women in the United States to shut down the country, which is actually pretty easy to do, in theory. All you have to do is get all the secretaries, receptionists, accounting clerks, check processing clerks, stock brokerage clerks, telephone operators, and data entry clerks to stop working until they have their demands met. The whole country would shut down. Checks wouldn't clear, corporations wouldn't have the money to buy what they need, the U.S. dollar would start to nosedive, and executives would have to make their own travel arrangements, which would mean that many of the male executives would end up in the wrong places with no way back – precisely where some of them need to be.

But I think first what I need is a group of women to advise me, and be emissaries. I'll put Karen in charge of the group, because Karen loves to control other women. But she does it like a fiend.

Under this arrangement, all the women will get together and lock Karen up, and we won't have to worry about her any more. Trust me, the women will lock Karen up in no time. I've seen Karen infuriate five women in less than thirty seconds in a park where she was just trying to be sociable, which to Karen means insulting all the other mothers, and their children, and the mothers all got up and left, with their children. I'm serious. Karen's something special.

We are coming out of hundreds of thousands of years in human history where the reality was that there was a shortage of food for everyone, so people had to develop value systems which incorporated that reality into their thinking. Now, for the first time in history, we can arrange things so that there is no shortage of food for anyone, so our values no longer need to be that we hoard and hoard for ourselves to save for a rainy day, because it's best if we hoard and hoard for everyone, and not fight amongst ourselves, but make sure that if bad days come, we will ALL have enough to eat and live on. That way, we won't constantly be fighting with each other to get as much as possible for ourselves, and to heck with everyone else. (The opportunity to do this won't last long. In another 10-15 years, it may be too late. On the other hand, there will always be enough food on the earth for everyone, as long as we change the rules a bit and consider humans to be food. Then, the only time food will run out is when there's only one person left, and he's eaten his arms and legs. At about that time, he can proclaim: "We're all out of food, gang." But of course, no one will be listening except himself.)

The current rule of decorum in the world is that, at mealtime, instead of going to the table and minding our manners and everyone getting a good and healthy amount to eat, the rule is that we each dive in and grab as much food as we can for ourselves, and to heck with everyone else. The U.S. grabs the turkey and mashed potatoes, China grabs the fish and rice,

46

Japan gets the dressing, bean sprouts and squash, Great Britain gets the corn and onions, Germany gets the cranberry sauce, bread and milk, and so on down the line, until all that's left is scraps for the smallest two-thirds of the kids at the table. And that's no way for a house to operate, right?

Unfortunately, the reality is that there's no way I'm going to be in charge of the planet anytime soon, if ever. That's because the women are afraid to take over, and even if they weren't afraid, they wouldn't accept me as their leader. But, they're running out of time. Who will they accept as their leader?

As for me, it's not real important to me that I become the alpha male, as long as someone who cares about everyone takes over the planet and gets done what needs to be done in order to save billions of people from horrible, cataclysmic lives, and deaths. I'd be happy as long as a good person is found to do the job, but the only possibilities I know of who come to mind (and they're just possibilities; I don't know either of them well enough) are the Americans George Mitchell (who is a former Senator and who, coincidentally, comes from Bangor, Maine); and perhaps my father's friend, John Kohler, who works for Hope House in Boston, Mass., near the corner of Tremont Street and Massachusetts Ave. John Kohler, like John Coffey, is a native American. John Kohler used to play for the Denver Broncos, I believe. I don't know much about John other than he's a bright guy whose heart is in the right place, and he's not easily manipulated, which are two of the most important qualities needed to run the planet.

What's most important to me is that I get my daughter back, that I get Karen to a safe place, that I take care of my parents, and that I start to help writing that textbook and develop those games on reading comprehension, so kids all over the country (and adults) will have many chances they now don't have, and so that America can increase its productivity and stay ahead of the competition and be able to figure out how to get to a point where we can all live together in peace, because if we don't figure that out right quick this spaceship we're all on (spaceship earth) is going to be one big bloody mess.

To do the textbook and the games properly will be a big, expensive project, so someone like Bill Gates, Warren Buffet or some other rich person is going to have to take the lead on that. Maybe Ted Turner can marshal the resources for the job to do the book, and if the book is successful he can do the games, too, and bypass Gates and Buffet in the wealth category, which if he does he's likely to give a lot of his wealth away, because that's what people with bipolar disorder do, perhaps because we have better empathic skills than other people, or perhaps because we can see through to the advantages of making the world a better place for everyone.

There's different ways of looking at the world. For example, people say that because Bill Gates is the richest man in the world, that means he's the most successful, but you could look at it as he's the guy who could have saved the lives of the most children, but he refused to do it, and he let those children die.

If Gates paid \$25 per month for 12 months a year for 12 years to the Save the Children Fund, that would save the life of an orphan child from infancy to age 12, where maybe the child could be self-sufficient. $25 \times 12 \times 12 = \$3600$. If you factor in inflation, call it \$5,000. So, if Bill Gates is worth \$41 billion, he could have kept one billion dollars for himself (most people can get by with one billion dollars in the cookie jar), and with the rest saved the lives of 8 million children (\$40,000,000,000 divided by $\$5,000 = 8$ million).

47

In other words, Bill Gates killed 8 million children, so he's the biggest mass murderer on the planet. In fact, he killed more children than the god of the Israelites did. So you see, when it comes to money as a measure of success, it depends on how you look at it. (Also, Bill Gates is one of the biggest philanthropists in the world, so we should acknowledge that, but if he put his mind to analyzing cultural systems, such as educational, governmental, legal, and communication systems, rather than just measly old computer systems, he might be able to do even better.)

Finally, I didn't grow up in a home where a man hit little girls. I don't want anyone hitting my daughter. If the Haverhill police hit their own daughters, I think that's horrible, but that would certainly explain why they let Robert Towsley hit my daughter. Still, I don't know a lot of police officers who hit their daughters, so I would tell the Haverhill police to clean up their acts, stop hitting their own daughters, and stop Robert Towsley from hitting my daughter. I would go further and ask them to impress upon Robert Towsley that he should no longer go near my daughter.

I trusted the Haverhill police to protect my daughter. I don't have an attitude toward the police. Most of the police officers I know are good, decent men. I expected the Haverhill police to be good decent men. That's why I was shocked when Officer Gleed of the Haverhill police department called me back in 2001 and threatened me that he was going to bring false criminal charges against me. It was after his threat, and because of it, that I made a false bomb threat.

I don't want to be at war with the United States, but the fact remains that every police officer in Haverhill, Massachusetts, and the United States is in the business of protecting the people who are hurting my daughter. And that means they're on the wrong side.

They should get on the right side. They should never allow themselves to be conned by child abusers.

It's easy enough for the Haverhill police to find out about my character. All they have to do is call the Norfolk County Correction Center and talk to the head of security, Mr. Castille, or anyone else who works at the facility here. They'll tell the Haverhill police that I've always been respectful of the police officers here.

The Haverhill police have been conned by a couple of child abusers. They can find this out easily enough by asking Robert Towsley to take a polygraph about whether he ever hit my daughter, exposed himself to her, or sexually molested her. I guarantee he won't take the polygraph. Why not? What's he trying to hide? And Karen won't take a polygraph, either. Why not? What's she trying to hide?

My daughter's name, Shaina Richards, can be written: Richards, Shaina. And, in the English system of pronunciation, one permissible way to pronounce Shaina is "Shay-nay". Therefore, we have "Richards, Shay-nay", which sounds a lot like "Richard Cheney". Therefore, we'll put Vice-President Richard Cheney in charge of protecting my daughter.

And if he won't do it?

We'll put his own daughter, the lesbian daughter, in charge of protecting my daughter, because I suspect Dick Cheney's daughter is not the kind of woman who likes it when a 200-pound man whacks around, ridicules, humiliates, intimidates and emotionally devastates a little girl.

48

By now, Shaina will have adapted to Karen and Robert Towsley. She had no choice. Children can adapt to all kinds of bad situations. But good people don't want children adapting to traumatic situations. They want children living in good situations, so they don't live in pain, and fear, and in a world of lies – and Karen's world is a world of lies. Yet there is a part of Shaina's mind which can't be touched, and that's the part which will always remember, at some level, that she has been loved unconditionally, and totally, and no matter what anyone does to her they can't rip that out of her brain. She knows there's a world like that outside her home, somewhere.

I'm not talking about the love so many Americans talk about, where they love their wife and they love pizza, and the two meanings are interchangeable. I'm talking about the kind of love where the other person's life is more important to you than your own, and you're willing to sacrifice your own life to protect that other person. Shaina has someone who loves her that way – me. Many people don't have someone who loves them that way, which means that Shaina has bragging rights. If Shaina gets any flack from her classmates from any media attention caused by what's going on in this case, she can reply that she has a Daddy who loves her more than anything in the world, and who is willing to put his life on the line for her (which I've already done, by committing treason, which I admit doing, and which the government knows about, because I sent them all the evidence they need to convict me of treason).

Other little girls can say that their Daddy loves them as much as Shaina's Daddy loves her, but Shaina can say, "But you don't know for sure, do you? I know for sure."

(I even tried to get the government to charge me with treason, but the judge said it was completely up to the U.S. Attorney whether he was going to charge me or not, and U.S. Attorney Mike Sullivan never charged me. Why would he? It would undermine his political career, which is far more important than my daughter.)

As for Karen, for all the lies she's told, and all the trouble she's caused, and all the heartache she's inflicted on her own daughter, and on me and others, I've never hated her for any of that, because I figure she must have had a pretty bad life to be as cruel as she's been, and as indifferent to her own daughter's suffering, but now, enough is enough. Karen has to start doing right, or I'll do everything I can to change the law. The new law will be that instead of going to court in Salem, we'll go to Salem center, drive a stake into the ground, tie Karen to the stake, and throw water on her, and we'll give her the nickname "The Wicked Witch of the West".

As for Robert Towsley, we'll give him a hunting knife and an hour head start in the woods of Idaho, and then we'll let those Idaho boys see if they can't bring back the head of the big buck who likes to shove his antlers into the little doe.

If we can't change the law, what should be done with Karen? Should she go to prison or a mental institution? No, because neither of those places care about her. I find it hard to care about her myself sometimes, because it's not easy to care about someone who might stab you at any moment, for the slightest provocation. Still, Karen's the mother of my daughter, so I have to teach my daughter how to be kind and merciful to sick people, and Karen's mighty sick, but part of her problem is that she didn't have people showing her right from wrong. Her lawyer wants her to continue doing wrong, because as long as she does, the lawyer makes money. Robert Towsley wants her to continue doing wrong, because then he's

49

safe. The GAL wants her to keep her mouth shut and not do the right thing, because if Karen starts telling the truth, the GAL is sunk, and may never get another GAL appointment again.

Karen needs to tell the truth, for her own sake, and for Shaina's sake, and Karen needs a "horse whisperer" kind of person, but you can't be that kind of person to her if you and she have equal rights, because she's always kicking up a fuss and hurting people, and in Massachusetts, she's the one who has dominance under the law, if push comes to shove, which with Karen it always does, so the best solution is that I'll be Karen's guardian. The law should be that she'll do what I say, or she'll go to prison. Karen thinks she's tough, but she's not nearly as tough as many of the women in prison. Most of those women have probably been through hell long before they got to prison. That's wrong. The solution is not to put them through another hell. The solution is to be a horse whisperer to them, too.

As for Robert Towsley, he shouldn't have hit my daughter, he shouldn't have traumatized my daughter by taking me, my parents, all of Shaina's 19 paternal cousins, and all of her aunts and uncles out of Shaina's life so that he could have his way with my little girl. That's sick, and it says a lot of what America is truly all about, and what it thinks about its children, that such a thing could happen even though there was all kinds of evidence that a little girl was being abused. The fact that a number of people were far more interested in making a profit from my daughter's abuse, rather than helping her, is a sin, but it's nothing new. That kind of sin has been going on since the beginning of human history, and there's certainly been a lot of it in American history – but that's the history American textbooks don't talk about.

The people who made money from the abuse of my daughter include my ex-wife's attorney, Paula Maslowski; Shaina's psychologist, Dr. Summers; and most especially, social worker Lucille Leonard. All of these people, and what they've done, need to be exposed, because this kind of thing is going on all over the country, and it especially hurts poor and vulnerable people, who go to professionals asking for help, and end up getting hoodwinked and hurt. That's true not only because of the dishonest activity of some social workers and psychologists, but because of some dishonest ministers, priests, rabbis and imams. It's also true for many teachers, foster parents, adoption agencies, and other places whose primary concern is not the well-being of children, but the self-interest of incompetents, and the profit and greed of twisted people.

It's ironic that I would have had better protection for my daughter if I had gone to someone like criminal Whitey Bulger or the Latin Kings instead of to U.S. Attorney Mike Sullivan. And that's a fact. But it's not a good thing that I should have to go to someone like Whitey Bulger to get protection for my daughter, because people like Bulger have only limited ways of dealing with the problem, all of which are brutal and bloody. I would much prefer a solution that was non-brutal and non-bloody, but the fact is the U.S.' government is the most brutal, bloody organization in the United States. In the past two years, they've blown up tens of thousands of children in Iraq. Blood, bones and brain tissue splattered all over the place. Those blasted-apart children are just as innocent as my daughter, and George Bush and his friends (like Mike Sullivan) don't care about those children, so why should I expect them to care about my daughter?

As for Stephen King, I apologize to him for the embarrassment I caused him, but I figure he's probably a good man, so he'll understand, and any pain he may have suffered he suffered to help protect my daughter, so I figure there will be no hard feelings, because a

50

good man is willing to make that kind of sacrifice for a little girl. Plus, I gave him a good story, and who knows. Maybe Stephen King and Tom Hanks will figure out a way to circumvent me, one of them will become the leader of the planet, and then they will get to choose the song that Congress sings.

Not only that, but it is kind of a compliment to Stephen King that the powers that be in the universe (who set up the coincidences which allowed me to sue Stephen King) think that Mr. King is potentially more powerful than the government of Massachusetts, and the government of the United States, if that's the interpretation one wants to put on the lawsuit, which I think is a permissible interpretation, and it certainly gives Mr. King some extra feathers in his cap if he wants to oust me from the alpha male position (but not enough feathers, to tell you the truth).

Some people might wonder why I made this a motion for summary judgment. Simple – because the court needs reasons to allow or deny the motion. In looking for those reasons, perhaps the court and others might find some illumination. Plus, there's always the chance that the judge has a female clerk who's single and looking for a man who knows how to distract babies when their diapers are being changed, a skill which is sometimes more desirable than blah-blah-blahing about Supreme Court balancing requirements, strict scrutiny or presumptions all over the place.

As things now stand, there isn't an American politician today who will be as honest as I am about the many ways in which American adults hurt, cheat and shortchange children, but why is there no newspaper columnist who comes out machine-gunning to protest vulnerable, hurting children? Is it because most newspaper columnists are child abusers? Are they indifferent to abused children? In the Boston area, where issues concerning gay marriage are far more important to major newspapers than issues concerning the protection of children (and the elderly, etc.), maybe it's just that the columnists are effeminate and they're afraid of verbal machine gun bullets. Even the female columnists water things down so much that there is no outrage over things that are outrageous. They're afraid of being accused of writing columns in which they scream and shriek.

Guess what? They're going to be screaming and shrieking a lot more later if they don't start doing it now, but first they all have to sensitize themselves to the emotional lives of children. But most of them can't do that because they have serious mental problems. Many don't even spend much time with their children. Many of them pay others low wages to raise their children, and then they're surprised when their kids end up being jerks, just like them. As long as the kids get into an Ivy League school, that's what's important to these people.

I could spend 16 hours a day with my daughter and enjoy it the whole time, but a lot of people don't like spending too much time with children. That's because most of these people are boring, and they try to dominate the child, so the child gets bored and doesn't want to be dominated, so the time becomes a struggle for who is going to dominate, when I found that the only good and right way there is to dominate a little girl is through unconditional love. If she knows that you love her, and that everything you do you do because you're looking out for her best interests, not your own, you'll dominate her, except when you violate the rule, which is what I did when I brought her back to her mother's house, which was not in her best interest.

51

I should have killed Karen when it became clear that the authorities weren't going to put a stop to the abuse. Most Americans will stupidly say, "No, no, it would have been wrong to kill her", but if the abuse was as bad as I say it was, and was going to cause long-term, adverse effects that could be so bad that they would destroy the child's life, then it's permissible to stop the abuse using the least amount of force necessary; but since I only had two options if the authorities wouldn't stop the abuse (1-abscond with Shaina; 2-kill Karen), and if I absconded with her there was a good chance I'd be caught, which would mean I'd go to jail and Shaina would be returned to Karen, the only option for me was to kill Karen.

I know, I know, everyone will say, blah, blah, blah. But no one can say whether I would have been right to kill Karen unless they saw what I saw, and even if they did see what I saw, if they're like a lot of Americans who beat up their own kids, their interpretation as to what's appropriate will be different than mine. That's one of the major problems I've been having. When you're surrounded by child-abusers who worship a god who murdered a bunch of children, and who themselves are currently murdering children in Iraq and Afghanistan, don't you have to accept their standard for what is child abuse and what isn't?

Sure, if you accept child abuse. I don't, and I'm not changing my standards just so I can be in the same league as a bunch of American pervert parents who beat up their own children.

Most Americans need to rearrange their brains. They think that at any moment, God's gonna come flying in from outer space to save the day. If you think that, you're still a gullible child, like an adult who still believes in Santa Claus.

People believe in God, and Santa, because their Mommies, Daddies, and other assorted people jammed that stuff into their brains at an early age. They stop believing in Santa because (1) too much of the Santa story makes no sense; (2) to stop believing in Santa is a rite of passage out of childhood; and (3) most everyone wants you to stop believing in Santa, and you're ridiculed if you keep believing.

#1 and #2 are also true for God. Much of the story makes no sense, and if you want to grow up you stop believing all the silliness. But #3 is just the opposite. Most people want you to continue to believe in God, because your parents use your belief to keep you "under control" when they're not there; society uses it to keep you "under control" when you're out of sight of the police; and priests, bishops, cardinals, the Pope, ministers, rabbis, imams, mullahs and ayatollahs all make a decent living out of your belief, and if you start believing something that makes more sense, they'll lose an income and maybe they'll have to go out and get their hands dirty building homes, planting crops, etc. So, they want you to believe the big lie, just like psychiatrists and psychologists want you to believe the big lie that they have some kind of special knowledge and wisdom about human behavior, when too often, they're more confused than anyone. (The last I heard, psychologists and psychiatrists have higher than average rates of suicide, divorce and substance abuse, so why do so many people believe anything these knuckleheads say? I'm not saying they're all bad, but a lot of them ARE bad. They stink. The best ones are the ones who know that YOU know better than they do what your life is like, but there's a lot who think THEY know better than you do what your life is like, which is stupid. There are a good number of stupid psychiatrists and psychologists out there, no doubt about it.)

Adolph Hitler once said something like, "The mass of humanity will more readily believe in a big lie than a small one."

The biggest lie in history has been that the god of the Israelites, who is a murderer of children, is the real god. He isn't. But you better not unthink what you've been taught, or you'll get zapped by lightning.

In America, most people aren't free to think what they want about God because they don't take being an American seriously. Americans are born free, but that doesn't last three years for most of them and after that you think whatever other people want you to think. Most Americans are as scared as chickens when it comes to God and the devil and all kinds of other nonsense. Even chimpanzees look at you and laugh behind your backs because you're all so silly. In fact, chimpanzees can do better imitations of most Americans than most Americans can do of the chimpanzees.

Even if God did fly in from outer space, what do you think would happen? First, he'd have to say "Hi" to everyone, which will take about 20 minutes, because there are more than 1000 languages to say it in. Then the world's women would storm God's spaceship like a bunch of groupies screaming, "Have sex with me, God! Give me a baby!" So God will have to hightail it out of there or he'll get trampled by a bunch of crazy human monkey females all waiting to become the alpha female monkey and they'll be clawing at each other's faces and tearing each other's eyes out because that's how they learned to resolve their differences, courtesy of the Jerry Springer Show.

Still, billions of people want God to return, so that's a job opening, which is what the alpha male position is all about. Getting the highest position.

When I made a bomb threat to protect my daughter in 2001, I knew that I might spend time in jail, but I also knew that if I got media attention, people around my daughter would look out for her, and that's apparently what happened, to some extent. As long as the Towsleys knew that someone might be watching for the abuse, I had given my daughter more protection than anyone else gave her. I wish I could have given her much, much more, but the only way I could have done that was to kill Karen, and I couldn't bring myself to do that.

If a man was hurting my daughter as badly as Karen was hurting my daughter, I would have a right to kill him (if the authorities refused to intervene), so why should there be a double standard just because the person who is hurting my daughter is not a man, but a woman? And it should make no difference whether the person is the child's mother.

What happens to my daughter from now on will be a measure of what America is all about, and what the American people are all about. When it comes to my daughter, I'm dealing with reality. The judges, who have never even met my daughter, or seen me with her, or seen me with other children, aren't dealing with reality. Plus, I know the difference between right and wrong when it comes to children. The courts don't. Too many laws regarding children still see children as property, rather as who they really are, which is individuals, with minds and emotions of their own, which are just as important to the children as the minds and emotions of adults are to the adults, and equally as worthy of respect.

Right now, it's me, my daughter and a few people in my family against the U.S., but the U.S. can't win, because I'm in the right. If the U.S. is about being the good guys; if the U.S. is about doing what's right, then I'm the one who's doing what's right, and the U.S. is doing wrong, by protecting the people who have been hurting my daughter for years.

53

I understand the feeling of many people that the United States should worry about its own problems, and let the rest of the world take care of their problems. But in the modern world, their big problems will ultimately develop into our big problems.

I also understand the feeling of many Americans that it's not such a big deal for a few billion non-Americans to die from starvation, disease or war, or live in horrible squalor. Americans have their own lives to think about. They can't worry about the world, and they feel they shouldn't bear any responsibility to other nations.

The problem with that attitude is that the leaders who embrace it, the leaders who can justify ignoring the suffering of others, can just as readily ignore the suffering of those Americans who don't have political power, which ultimately could include just about everyone. Isn't that why it's so easy for George Bush to send men and women to Iraq and Afghanistan to be injured and killed, and he doesn't lose any sleep about it?

Then there's the reality that it doesn't take very much to greatly improve the world. Mostly what's needed is a change in the way people think. America is constantly pushing democracy, but if faced with the choice, most people put food and water above democracy in importance. If you have food and water, you can get democracy afterwards. If you don't have food and water, all the democracy in the world doesn't matter. What matters is getting the food and water.

It's also realistic of me to acknowledge that my confrontational writing style is probably going to anger so many people that it would be hard for me to get anything done, since most people will be looking to chop off my head rather than follow me to a better world. That's why it's best that I help write a top-notch book on reading comprehension. That way, people can empower themselves – since an ability to read and communicate well gives one power – and then they can fight it out amongst themselves how things should be organized in the world. The more evenly power is distributed through education, the better decisions will be made, because the people making the decisions will more likely be the people who know what the heck's going on, if the government is organized properly. That will mean that the government in the United States, for example, will need to be reorganized through a constitutional convention, which would be a good thing if people were educated well enough to understand the issues. Right now, too many aren't.

I want Robert Towsley away from my daughter, permanently, and I want a trial where I can show what Karen is truly all about. The problem is, I can't trust that I'll get such a trial in the U.S. District Court, because I've offended the judge, and because the judge hasn't ruled on a number of motions that he should have ruled on 9-12 months ago.

It's worth remembering that I'm a better man than the god you Americans pray to. The American god is a punk. He murdered all those Egyptian children, just like you Americans are murdering children in Iraq – but you Americans figure it's okay to murder Iraqi children, because they're like people you call "niggers". Plus, they're Muslims. Killing Muslim children, or "nigger" children, is no big deal to a country which worships a god who slaughtered a bunch of Egyptian children.

I spit in your god's face. I take a box cutter to his face and carve it into bloody strips which I plop at your feet. Look at the face of your god. Your god's face looks like a hamburger, doesn't it? Add some lettuce, tomato and a bun and you have a big whopper god.

54

Be like the Catholics. Have a bite of your god. He's your heavenly father, isn't he? So, he's kin. Munch your kin, you confused American goofballs. Munch, munch, munch. You're off to see the wizard. (Did you know that in Old English, the word "Os" meant "God"?)

You Americans are like the Chinese leaders who murdered China's baby girls. How can any sane person kill a baby girl? Yet the Chinese leaders ordered it done in China, and George Bush ordered it done in Iraq. (But we can't really blame George Bush, can we, because he's a puppet of Israel, and it's Israel which wanted us to go to Iraq. They just knew how to pull George Bush's strings and convinced him to go there.)

I don't want to hear George Bush's excuses. I don't want to hear that he didn't mean to kill all those children. Of course he meant to do it, and American soldiers meant to drop those bombs, fire those missiles, and shoot those mortars and bullets. And they knew that by doing so, they would be killing some children. Lots of children.

Under American law, that means George Bush had the intent to kill those children, and so did American soldiers. So don't you Americans go criticizing China's leaders for killing their own baby girls when you Americans were out killing other people's baby girls, just like your goofball god killed all those beautiful Egyptian babies.

I don't believe the real God murders children. I believe the Israelites killed those Egyptian children, then blamed it on a false god. It was the Israelites who killed those children, and to this day the Jews celebrate the slaughter of all those Egyptian babies. How many Jews cry about the killing of all those Egyptian babies? How can I get protection for my own daughter in a country that worships a god who murders babies?

Thirty years from now, China will probably have the biggest economy in the world. Perhaps as a form of population control, the Chinese will murder babies all over the world, including American babies. How are you Americans going to stop China from having the biggest economy?

I'll tell you how. Only through me, because in order to stay ahead of China you Americans first need to stop putting down so many of your own people, but you don't know how to do that. Your society and institutions are all organized to keep a few people on top, and keep most people down. How are you going to change that? That requires restructuring everything – your legal, economic, sociocultural, educational and health care systems and your dominant value hierarchies. Yet all those interrelated systems and hierarchies are packed with people who won't move, because they are afraid of losing their places in the hierarchy. But since the word "hierarchy" comes from "hier=sacred" and "archy=to rule" (the idea being that there is something sacred about who has what place in the social pyramid), then as God I can determine who stands where in the hierarchy, and maybe I can turn the hierarchical pyramid into a totem pole and put these people right at the bottom, so they carry most of the weight.

Or would you prefer that things remain as they are, so that in 30 years you can maybe watch your granddaughters be murdered by the government? It could never happen in America? On the contrary, that's how America was founded, on the bodies of millions of dead native Americans, many of them beautiful children and babies, not to mention beautiful women.

You Americans are naïve. Many of you think that life can only get better and better over time. Already, many people in my generation don't live as well as their parents did.

55

My father could work, with my mother at home, and they raised seven children, when today most Americans families can't do that. Both parents need to work.

I've been waiting 26 years for someone to write the book on reading comprehension that need to be written, and no one even came close. I wrote scores of letters to educators and media people about what needs to be done, but none of them listened. That's the arrogance of so many Americans who are "at the top". I did what they want others to be able to do, and I tell them how to do it, and they don't listen, even though they themselves don't know how to get students to do it.

I see this all the time on construction sites. There's a problem and some guy jumps on it and starts working at it, even though some other guy knows what to do, and unless the guy who knows what to do intervenes and takes over, you can be there for twenty minutes while the hotshot who took control wastes everyone's time. I saw this happen one time when I was working for a temporary labor firm with a guy named Tommy. Tommy was a Vietnam vet who knew everything there was to know about construction, but he had a problem. He drank every day. Not much, just a beer in the morning before work, one at about 10:00 a.m., another at lunch, another about 2:00 a.m., and then more after work.

Anyway, this union carpenter was building something, and Tommy said, "No, you're not doing it right", and the guy says, "Shut up, alcoholic". So Tommy shut up, and the guy worked on the thing and finally finished it, and it was wrong, so he had to do the whole thing over. The next day, the same thing happened, Tommy said something like, "No, you should do this", and the guy said, "Listen, alcoholic, if you shut up for the rest of the day, I'll buy you a six pack." So Tommy shut up, the guy completed the job, it was done wrong, he had to do the whole thing over, he never bought Tommy the six pack, and now the guy, Richie, was fuming.

Why do I mention this? Because this kind of behavior takes place all the time, all over the world, where the biggest bully often takes over the job, not the person best qualified to do the job. But the phenomenon doesn't have a name, so maybe we should call it "blockheading." So when anyone does such a thing, you can say, "You're blockheading the job", or "Don't blockhead the job." Or if you don't like that word to describe the behavior, maybe we could have a contest to come up with a good word.

If I don't write that book on reading comprehension, none of the blockheads in the educational community will write it, because if someone could have written it, they would have done so already. If that book isn't written, it will be a real kick to the teeth of blacks, Hispanics, and many others, including many white people, and China will pass the United States and leave it in the dust.

But a country which worships a child-murdering God, and which itself murders children, isn't likely to do right by its children. America couldn't even do right by one little beleaguered American girl, despite all the evidence she was being abused.

If you people don't get me custody of my daughter, and let me see my father, who is dying and who has been asking for me, I'm not going to write that book, and if I don't write that book, America is going to lose its dominant place in the world forever. And when I see my daughter, she better love her Daddy the way she always loved her Daddy, because if my daughter is irretrievable harmed – and I alone will be the judge of that – you people don't get the book, and maybe in the years ahead you'll be watching a scene that some parents saw during World War II, which was soldiers stabbing babies with bayonets, holding them aloft,

then tossing the babies to other soldiers, who caught them on their bayonets. And those soldiers would toss the babies to the next soldier, until the babies were too chopped up to toss any more.

A horrible thing, you say? How is it any different from what you Americans did when you shot tons of shrapnel into tens of thousands of Iraqi children?

And the god of the Israelites says what? That it's okay to kill Muslim children? Or is it the Jews in Israel who say that? And why is it that the Jews can criticize everyone else, but no one can criticize the Jews?

I'll tell you why. Because the Jews have slipped an eleventh commandment into American society, and that commandment says: "Thou shalt not take the name of the Jews in vain."

Something else. This country needs to shut down the Jerry Springer Show. I don't care if a lot of people like it. It should be shut down. If it's not shut down, and I get the power I'm hoping to get, everyone responsible for keeping the show on the air will lose all their property, and they'll all be moved to Sudan, where they can live with the natives. They can even bring a production crew, complete with cameras, but no special privileges for those being punished. Now, that's a reality show – hotshot television people drinking water mixed with feces and the germs for typhus, diphtheria, dysentery, etc. We can watch these Americans die, and I bet a show like that will be hugely popular – and what does that say about this wonderful, Christian country?

It says this country is sick.

Christians? Go kiss the Pope's ring, or the rings of the winners of the Super Bowl, or the World Series. Kiss, kiss, kiss.

And what's the Latin world for "ring", class?

"ANUS!"

That's right. Does that mean if your phone is ringing, your phone is anusing?

"No, stupid."

Okay, then. Do we get uranium from Uranus?

"No!"

But we will if we keep supporting Israel. You'll be picking uranium out of Uranus and plutonium out of your blue toe.

I could go on like this for a million years, but by that time an asteroid will have hit and, since the knucklehead boys who are running this house aren't preparing for that asteroid, we'll all be dead, so I'll stop now.

What happens to my daughter will be a sign of what America is all about, and what will happen to this country in the years ahead. I suggest you do right by my daughter.

## Miscellaneous:

In the news a few weeks ago, a lieutenant in the Newbury Police Dept. was convicted of raping a girl from the time she was 9 years old to the time she was 11. Newbury is in Essex County. How could everybody around that girl miss the fact that she was being raped? That cop must have put the fear of death in that girl, as child abusers typically do, but it's no surprise to me that it happened in Essex County. What I wonder is how many other children

in Essex County are being physically or emotionally abused, or raped. And what is it about the culture of Essex county that this kind of thing can take place so often, and no one notices? What's wrong with the parents?

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

From now on, American judges must do what's right. If there is a conflict between what's right and what's legal, the judge must do what's right. If reasonable people differ as to what's right and what's wrong on some issue – well, we'll talk more about that later. First things first.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

If democracies are the best form of government, why is the per capita GDP for Luxembourg (which is a constitutional monarchy) about \$55,000 per year, and the per capita GDP for the US is only about \$38,000 per year? (Other constitutional monarchies with high GDP's per capita are Norway, Denmark, Belgium, Netherlands, UK, Monaco, Sweden, Liechtenstein, Spain, U.A.E., Qator, Brunei, etc.)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

If you want people to trust you, you should spend time with their children. If they see that you get along with their children, then they'll tend to trust you, especially if you have children of your own who trust you. George Bush and Bill Clinton, and many other national leaders, don't know this because they never spent much time with their children, or with other people's children. If I was president, I would be around children all the time, and I would make all my cabinet secretaries children, plus all the leaders of the Armed Services.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To say that America lost the Vietnam War is silly. That's like saying that Paul Newman beat George Kennedy in that boxing match in "Cool Hand Luke".

The purpose of the Vietnam War was to contain communism, and make it clear to China and the Soviet Union that we would not tolerate their expansion. The fact that we fought in Vietnam meant that China knew for certain they could not invade Taiwan, Japan, or any other country without getting into a fight with us; and the Soviet Union knew for certain that if they attempted to expand their influence in Europe, or anywhere in the world, they would get into a fight with us. So, the American soldiers who died in Vietnam did not die in vain. The world might look vastly different if not for their sacrifice, and vastly different in a way that would be worse for many people in the world, not just Americans.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

It's nice to be in favor of non-violence, but the fact is that everyone who is alive today is alive because some of their ancestors, at some time, were better killers than the next guys. Thus everyone alive today is descended from killers, so we should take a moment of silence to thank all the killers in our past who killed so that we might live.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

When American police get a drug dealer off the streets, all that does is create another drug dealer. That's like buying a weed killer which for every weed it kills, it grows another

weed. Nobody in their right mind would buy such a weed killer, so we can see that the people in Congress who make such laws about drug dealers are not in their right minds.

If we really want to stop drug sales, we can do what the Taliban did in Afghanistan: they would kill anyone who was growing poppies, on the spot. You know what happened? People stopped growing poppies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

It costs an average of more than $35,000 to incarcerate an American prisoner for one year. If that money was given to the Save the Children Fund, it would save the lives of seven (7) orphans and keep them alive for 12 years ($35,000 divided by $5000 = 7). Thus, putting a person in prison in the United States kills seven children (that's what economists call the "opportunity cost"). Worth thinking about when evaluating incarceration policies, and most other policies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Americans are hypocrites about democracy. In a democratic world, Americans would have less than 5% of the vote. Do Americans want to live in such a democratic world, where they have less than 5% of the vote? Of course not. So, Americans are only in favor of democracies when it benefits them. Forget about what's fair.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I grew up in the Catholic Church. If someone decided to kill Catholics, the Pope, cardinals, bishops and priests would pray for the killing to stop, but they wouldn't take up arms. They depend on other people to do their fighting for them, and that's not right. The Catholic clergy need to learn hand-to-hand combat, how to shoot rifles and grenade launchers, plus how to lay mine fields. The Pope and the cardinals should learn how to do these things blindfolded, in case they are ever blindfolded and they need to lay a mine field, stuff like that. (Let's hope they follow my advice and start practicing laying mine fields with blindfolds on. That should get rid of the Pope and the cardinals, and I'll replace them with little kids, especially little kids from poor countries, and their mothers can cut up the fancy robes and hats of the clergy so the kids can wear them on special occasions, because desperately poor kids, like all kids, like to get dressed up in fancy clothes every once in a while.)

Do you think that the Pope and the cardinals would auction off a famous painting or sculpture to save the lives of some kids? No. And that means I'm better qualified to be Pope than the Pope is, because I'd sell off all kinds of stuff, because I consider children to be more priceless works of art than some Michelangelo sculpture. Besides, if the sculpture is sold, it still exists, so not only are the children saved, the sculpture is saved, too.

But that's not the way the Pope and his boys see it, so I'm a better man than they are, at least on that subject, which is one of the most important subjects there is.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The advantage of having a single ruler for the world, or a husband and wife, is that it's a form of government almost everyone in the world understands, because they grow up in

59

a home which has that kind of "government". Plus, a single ruler can act on behalf of the whole house, like a parent, and not be influenced by special interests, especially because every move he makes will be viewed by everyone. A single ruler can act quicker than a President or prime minister. That's one reason why corporations and military organizations have a single person at the top. Plus, if people don't like the single ruler, they can kill him or her. As for me, I'd rather resign than be killed, so if I become in charge of the planet and everyone wants to kill me, I'll resign instead.

**********************

95% of the terrorist threat to the U.S. from foreign sources comes from our support of Israel. Stop supporting Israel, and we get rid of 95% of the terrorist threat.

**********************

One of the major reasons we are in Iraq is to protect Israel. Iraq was no threat to the United States, but it was a threat to Israel.

Our support of Israel cost America almost 3000 lives on 9/11/01; more than 1500 American soldiers in Iraq, so far; tens of thousands of wounded American soldiers; tens of thousands of dead Iraqi children who were killed by American soldiers; tens of thousands of dead Iraqi adults who were innocent civilians, and who were killed by American soldiers; half a trillion dollars in debt that our children will have to pay; another half trillion dollars, at least, in lost GDP due to the post-9/11 economic slowdown; a vastly more unstable world; and the humiliation of watching President George W. Bush treating Israel's Ariel Sharon like he's an equal, when in fact President Bush (the leader of what was until recently considered by many people to be the best country in the world) serves as Sharon's groveling puppet, as some world leaders have openly stated – and those leaders would never say such a thing unless it was true.

**********************

Did I tell you that I'm probably a better dancer than anyone else in the world, other than other people with bipolar disorder. If I get off my medication and start to go manic, I can dance for MONTHS, with only a few hours sleep a night. I might not be able to do all the fancy-schmancy stuff, but I can dance up a storm, or at least I think I can. But you'll never know unless we clean up the house. Once we clean up the house and make sure everyone's safe, we can have a contest. I bet the women want to see whether I'm telling the truth or not. But all you have to do is ask people who have bipolar disorder, or who know people who have bipolar disorder. I'm not talking about the mild form of bipolar disorder. I'm talking about the "classic" bipolar disorder. You'll see what I'm talking about if we clean up the house, and I decide to show you boys how to dance.

**********************

How come some kids can do home schooling for only two hours a day and they get into Harvard or Yale, and most other kids go to school seven hours a day and they can't get into 10th grade? Being in jail with some of the casualties of the American educational system, I can tell you that the stereotype that prisoners are stupid isn't true.

Right now, I'm tutoring one guy who is very quick in math, and very quick to learn, but I won't go into that until later, because I don't have the time.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confucius once said, "Any country which allows nine American-style lawyers to make the most important decisions affecting people's lives is per se a bit looney."

He was talking about the U.S. Supreme Court, of course.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

If there were a profit in saving starving children, they'd all be saved.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Teaching Shakespeare to students who haven't even mastered modern English is stupid. We have students wasting their time watching Romeo sweet talk Juliet when they should be learning how to balance a checkbook and learn something about accounting and finance, since every business in the world, and every governmental organization, uses accounting and finance to carry out their operations.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I sued Stephen King about "The Green Mile". The only person close to me who was murdered was my friend, Susan Green. The only person I know who is currently looking at the death penalty is Darrell Green. Plus, there's a person I'm in jail with who is probably innocent of the crime he's charged with. His name? Michael Green. He was arrested in East Boston, not far from Condor Street, where I used to work, and where I once found a woman lying in the road who had been hit by a car. That was on my birthday. The woman, Tracy Johnson, was dead. The only other Tracy I know was a co-worker from Charlestown. One day she didn't show up for work (she had been shot in the knee).

I have coincidences like this all over the place (see Exhibit A). I don't know where they all come from, but they must come from somewhere. Maybe they come from a cat, but I don't know any cats, except maybe for Felix, so maybe they come from one of my dogs, Sandy or Boots. Boots died as a puppy, from distemper (his whole litter died). Sandy was hit by a car when he was about seven years old, not far from the home of Sandy Felix (but more about that in Exhibit A).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

One of the biggest problems with trying to take over the world is adults. If I asked a bunch of kids whether they wanted to take over the world, they'd probably say "YES, let's do it!". And if you asked them how they would do it, they would come up with all kinds of ideas, many of them good ones. But adults are dull and dopey. They're defeatists. They say it can't be done. Then they try to tell you many of the reasons why it can't be done, and they will blah, blah, blah you to death if you let them, so you have to get away from them as soon as possible, or tell them to stop acting like stupid adults and start acting like children, who get up on tables and say, "I'm Spiderman" or "I'm Superman" or "I'm Thor". But most of them won't get up on the table and say, "I'm God, who is more powerful than all the other ones, including Superman". So, I'll get up on the table and do that, but only with kids, who

61

know it's all pretend, but it leads to interesting and sometimes fascinating discussions, and all kinds of insights from kids who have free, open minds.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

One other thing. U.S. Attorney Mike Sullivan, in his letter to me dated _____, 2000, said "I am disturbed by your allegations outlined in your various letters [regarding my daughter's abuse].

If Mike Sullivan was disturbed by the allegations, why wasn't Judge Manzi or Judge Stevens disturbed by the allegations? Both of them had a copy of Mike Sullivan's letter.

I'll tell you why they weren't disturbed – for the same reason thousands of people who were closest to the 100-plus boys who were raped by a Catholic deacon weren't disturbed – because they were trained to desensitize themselves to the pain of their own children.

There should be legislative hearings as to why so many parents desensitize themselves to the suffering of their children, but there's no political profit in such hearings to the legislators. Steroid use in baseball, that gets the politicians political mileage. Emotionally blasted-apart children, the legislators can block that out, just like they block out the blasted-apart children in Iraq, because if you don't block it out, what happens?

Because if you don't block it out, it drives you crazy. And if you do block it out, it drives you crazy, but in a different way. If you do block it out, it drives you to the point where you don't know right from wrong, and that's a sign of insanity. Surprise, surprise.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In the spring of 2004, I wrote a letter to the Japanese embassy in Washington in which I told them about a study I read back in 1979 or so which examined adopted children and the influence the adoptive parents had on them. The study measured three things: (1) I.Q.; (2) attitudes toward authority; and (3) interests.

There were four possible relationships: (1) mother-adopted son; (2) mother-adopted daughter; (3) father-adopted son; (4) father-adopted daughter.

In the first three relationships (mother-adopted son; mother-adopted daughter; father-adopted son), the parents who adopted the children didn't have a big influence on the adopted children. In the fourth relationship, though (father-adopted daughter), the influence of the father was so great that it was as if the daughter was his natural-born child.

I figured after I read the study that if the influence of a father who adopted a girl was so strong on the girl, imagine how strong the influence of the father must be on his own natural daughter. That means if a man wants to pass on his own fine qualities to the next generation, he's more likely to do it through his daughter than through his son (as long as he's the one who raises his own daughter), which means that if the emperor of Japan wanted to pass on his own fine qualities to the next generation, he could do it through his daughter perhaps even better than he could do it through a son.

Did my letter to the Japanese embassy influence the subsequent decision by the Japanese to let the granddaughter of the emperor have a right to be in line for the Chrysanthemum Throne?

I don't know. It's like I wrote a letter to the Catholic bishops after they hired former Governor Frank Keating of Oklahoma to oversee the new policy regarding priests and sexual

abuse, and I told the bishops in the letter that Governor Keating was the one in Oklahoma who signed into law the bill which allowed parents to whip their children. I suggested that the bishops get rid of Keating, which they did, but who knows if my letter had anything to do with it.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Did you know that the word "bless" and the word "blood" come from the same root word? That's why I never tell anyone to have a blessed day. I feel like I'm telling them to have a bloody day.

Did you know that, in the English system of pronunciation, the sounds in the word "alpha" can also be spelled "elf"? It's true. So maybe I'll become the elf male, and the Tow-sleys will tow a sleigh, like Santa's reindeer, and Karen can be Dancer or Vixen, depending on how she acts, and Robert Tow-sley can be Cupid, and we'll dress him up in a diaper and he can wear an arrow through his head, like Chevy Chase.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Everyone should start worshipping the right God. They should stop worshipping the child-murdering God of the Israelites.

Every year, a larger and larger percentage of Americans are black and Hispanic. We need to stop discriminating against them and others, because we want all Americans to be part of the American team, and a good team is one where all the members of the team get along. We don't want the European Union to become the most powerful team on earth. Europe brought us World War I, World War II, and the Holocaust. We don't want China and India to become the dominant economies, because we don't know what either country might do in that position. But we also need to recognize that America has sometimes been a greedy exploiter of other countries. We haven't always done things for noble reasons. Iraq is a good example.

America, more than any other country, represents all the nations of the world, plus our highest ideals (when we practice them) are as good or better than those in other countries, so we need to start living up to those ideals, which means we need to do a better job of getting along with each other. In order to do that, we need to know right from wrong, and do what's right. But there are so many ways we don't even do right by our own people that our leaders are like insane people who no longer know right from wrong.

I know some people will think that if they save the life of a poor child, the child they save will grow up, have children, and then we'll need to save even more lives. Better to let them die right now. But that's not really the best solution, is it, because in order to think that way, we have to accept it when others think that way about us, and then we wonder, "Why doesn't anyone care about us?"

Why doesn't anyone care? Because that's the rule most people go by. Don't care too much about other people, or you'll get into trouble. You'll run yourself down. They don't care about you, don't care about them.

But a better way is to care about everybody. Most people can't do that, though. Only good presidents, prime ministers, or good people in general care about everybody, and even they can't care about everybody all the time, so they need help.

As for me, I figured it this way: I should care about women, and kill all the men. That way, I'm bound to get a date. But then I figured I couldn't satisfy all the women myself, no matter how fast I worked, so I needed some of the men to stay alive and help me. Then I figured, which men? If you start to say, "These men should live, and these men should die", the men you want to kill want to kill you, and the women who like the men you think should be killed want to kill you. Before you know it, men and women from all over the place are hunting you down, trying to kill you. That's a bad solution.

Then I figured, let everybody live, but make the men better men. Teach men how to treat their women, and how to turn them on. Then I figured, a television show! I could have a television show that teaches men how to treat women, and how to turn them on.

The first thing you do to turn a woman on is be polite to her. Most women like that. Even mean, vicious women like that.

Then, don't put her down. Instead, build her up. She has people putting her down all over the place. Even other women put her down. If you build her up, she'll like you, but you have to be honest about it. You can't lie.

Some guys are afraid to build a woman up, afraid that she'll start feeling so good about herself that they'll lose her, but if that's what happens, she's not right for the guy anyway. He should let her go.

Then there's the physical part. It's important to remember that a woman is like a complicated electrical system. If you flip all the switches the right way, the current flows like it does in a house and she lights up like a Christmas tree. The thing is, she has circuit breakers that interrupt the current, so men need to know where the switches are, and the circuit breakers. Maybe someone should explain all this stuff to men between innings of baseball, football, basketball or hockey games. Some men would rather watch these games than turn a woman on, which suggests these men are insane.

Then there's the world. A woman wants a safe, peaceful world for herself and her children. If you can help make the world a better place for her and her children, she likes that. The problem, as I've already said, is that every year the world adds another 100 million mouths to feed, so if you can figure out how to solve that problem, the women will like you. One way to solve that problem is to teach people all over the world to have fewer children, but you have to be careful, because in different cultures, different gestures mean different things. For example, you might try to tell people in Africa and Asia to wear condoms, but maybe they never saw condoms before, so maybe they think you're going to wash dishes, but you only have one finger. Then you try to tell them about birth control pills, and you gyrate your hips, then pat your belly and say, "No, no", so then they figure if you have a stomach ache after you have sex you should take these pills. So it gets complicated.

There's one thing most people can agree on. There are billions of stars in the sky, so why not give every family a star for a present. That way, everyone will stop fighting and say, "A star? A real star? For our family?" Then they'll start fighting with everyone in their own immediate families about who gets to pick the name of their families' star. For example, maybe one family would name their star, "The star of the Mahoney Family from Saugus, Mass.", and another family would name their star, "The star of Corporal Juan Rodriguez", and another family might name their star, "The star of the Ali Muhammed family in Pakistan". Plus, each family can write a story about their family to go with the star,

64

and no one will check the facts so people can write anything they want about their family, and it will be put into a big computer database that everyone can look at whenever they want.

Right now, stars are named something like, LN067728HG, something like that, so under the new method the stars can be named after families. The best part is, it costs nothing for the stars. They're free!

I'm not sure how the stars should be distributed, except that the first pick of a star should go to my daughter Shaina, for all she has suffered.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Some people might rightly wonder why my family didn't do more to help my daughter. Nine of them signed affidavits saying my daughter was being abused, two others wrote letters to that effect, so why didn't they mobilize all their resources to help me get my daughter removed from the Towsley's home? I needed $10,000 to hire a law firm to help protect my daughter, and another $3000 for my daughter's guardian ad litem, but no one in my family would loan me any money except my mother, and she couldn't help me much, and my brothers Gerry and John, who were both in a position to get me a good-paying job, wouldn't even get me a job so that I could get the money to hire a law firm myself.

Why not?

In part because they were afraid I might embarrass them if I had a manic episode while on the job, and in part because mobilizing all their resources meant money, and they had more important things to do with their money. For example, Gerry had a second home which was more important than the life of my daughter. John had a boat (which he almost never uses, and which he got from my father when my father was starting to slip into senile dementia) which he thought was more important than my daughter. My brother-in-law Tony bought a motorcycle and a new pickup truck which he thought were more important than the life of my daughter. My sister Ann needed a brand new house (even though the house she was living in was fine) which was more important than the life of my daughter. My brother Paul didn't have much money, but as Shaina's godfather he totally abandoned Shaina and did nothing whatsoever to try to get her out of the home where he knew she was being abused, nor did he even send her a birthday card or a Christmas card. My sisters-in-law Sonia, Christine and Mary, all of whom knew my daughter was being seriously abused and wrote affidavits or letters to that effect, simply abandoned my daughter because my daughter's life simply wasn't as important to them as all kinds of common American slop which they hold so dear.

In other words, my family members are typical American pigs. I'm tempted to pretend otherwise, but how can I be credible if I pretend that the people who were most responsible for protecting my daughter did what they should have done? They didn't. They totally abandoned my daughter. They blame me for the legal situation regarding my daughter, but the legal situation regarding my daughter occurred after I couldn't get a job where I could quickly save enough money ($10,000) to hire a lawyer, and after I couldn't get anyone in the family to help me except my mother (who couldn't help me much, since she was on a fixed income from social security and a small state pension, plus she was trying to take care of my father, who had recently gotten a triple bypass and a carotid artery replacement). Then, in trying to get financial help from outside sources I became confronted with a possible situation where I might be jailed for up to two and a half years, which meant

that my daughter would be totally without protection from the people in my family, or from anyone else. It was only then, when I had no hope that the people in my family would help me, and no hope of getting a job that would get me the money I needed for a lawyer, and I was faced with a threat that I might be incarcerated, that I made a bomb threat. (The word "desperate" comes from Latin, "de=without" and "sper=hope", and that's what I was when I made the bomb threat. Without hope.)

To show you what kind of scum Gerry and John are, I took a $5000 loan from my mother in November, 2000 to pay for the guardian ad litem. (She got the money from a bank loan.) Before taking the money from my mother, I asked Gerry and John to promise me they'd make payments on the loan if something happened to me. They both promised they'd make payments to my mother if I couldn't pay the loan. As it turned out, I lost my job, got into trouble, and I couldn't pay the loan, so did they start making the payments on the loan so my mother wouldn't have to pay the loan herself? No, they didn't. In other words, they stiffed their own mother. (I recently sued them in Brockton District Court. Gerry probably earns $150,000 per year, and John and his wife probably each earn more than $100,000 per year apiece, so I don't know why it should be such a big deal that my two brothers couldn't come up with $100 per month between the two of them to pay off the loan to my mother, which they had promised to do. So, I had to sue them to get the money. Pretty bad, when you stiff your own mother, but that's what my brothers tried to do. Oh, and I'll take a polygraph on anything I've said here. Will they?)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I apologize for all the redundancies, but the conditions for writing this document aren't optimal.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

For these reasons, plaintiff respectfully requests that the court grant summary judgment to the plaintiff, and award plaintiff the damages he seeks.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date: _5/20/05_

Respectfully submitted,

_James T. Richards_

James T. Richards, 22410, pro se
N.C.C.C., PMX-17
200 West St., PO Box 149
Dedham, MA 02027-0149