IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES T. RICHARDS,

    Plaintiff,

v.

STEPHEN KING, SIMON AND
SCHUSTER, INC. AND WARNER
BROTHERS, INC.

    Defendants.

CIVIL ACTION
NO. 04-12709-WGY

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
**DISMISSING THE SECOND AMENDED COMPLAINT**

    Defendants Stephen King, Simon & Schuster, Inc. and Warner Bros. Entertainment Inc. ("defendants"), pursuant to Fed. R. Civ. P. 56, hereby move for summary judgment dismissing the Second Amended Complaint.

    AS GROUNDS FOR THE MOTION, defendants state that the undisputed material facts, specifically the works of authorship in issue, demonstrate conclusively (i) as a matter of law, there exists no substantial similarity of copyrightable expression between plaintiff's unpublished autobiographical work and King's published work of fiction; (ii) the points of alleged similarity between the works in issue, involving merely non-copyrightable elements (*i.e.* the name of a character and the "idea" of a specific character trait), cannot, as a matter of law, support a claim of copyright infringement; and (iii) the points of similarity alleged by plaintiff do not appear in the only manuscript that plaintiff claimed to have mailed to King, and plaintiff subsequently

retracted as a fabrication the assertion that his manuscript had been provided to King, thereby precluding, as a matter of law, a claim of copyright infringement as Mr. King concededly had no "access" to plaintiff's work.

AS FURTHER GROUNDS FOR THE MOTION, defendants state that the Second Amended Complaint, as a matter of law, fails to state a claim upon which relief may be granted.

IN SUPPORT OF THE MOTION, defendants rely upon the accompanying Affidavit of Peter Herbert, Esq., sworn to June 1, 2005, the Affidavit of Stephen King, sworn to May 27, 2005, the Affidavit of Ralph Vicinanza, sworn to May 26, 2005 and Defendants' Memorandum of Law.

        Respectfully submitted,

        STEPHEN KING, SIMON & SCHUSTER, INC.
        and WARNER BROS. ENTERTAINMENT INC.

        By their attorneys,

        /s/ Peter Herbert
        Peter Herbert (Admitted Pro Hac Vice)
        Amy B. Spagnole (BBO#645304)
        HINCKLEY, ALLEN & SNYDER LLP
        28 State Street
        Boston, MA 02109-1775
        (617) 345-9000

Dated: June 1, 2005

**CERTIFICATE OF SERVICE**

I, Amy B. Spagnole, hereby certify that on the 1st day of June, 2005, I caused a copy of the foregoing to be served on Plaintiff, James T. Richards at 22410 Norfolk County Correction Center PMX-5, 200 West Street, Dedham, MA 02027-0149 by first class mail postage pre-paid.

        /s/ Amy B. Spagnole