IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES T. RICHARDS,

    Plaintiff,

v.

STEPHEN KING, SIMON AND
SCHUSTER, INC. AND WARNER
BROTHERS, INC.

    Defendants.

CIVIL ACTION
NO. 04-12709-WGY

## AFFIDAVIT OF RALPH VICINANZA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT DISMISSING THE SECOND AMENDED COMPLAINT

I, Ralph Vicinanza, being duly sworn, hereby depose and state as follows:

1.     I am and have been for many years Stephen King's literary agent for exploitation of foreign book rights and, from time to time, his agent in the domestic market. With respect to the commercial exploitation of Stephen King's literary work of fiction entitled *The Green Mile*, I was the agent representing Mr. King in both the foreign and domestic markets.

2.  A true copy of *The Green Mile* is annexed hereto as Exhibit A.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 26th DAY OF May, 2005,

RALPH VICINANZA

CERTIFICATE OF SERVICE

I, Amy B. Spagnole, hereby certify that on  1st day of  June 2005, I caused a copy of the foregoing to be served on Plaintiff, James T. Richards at 22410 Norfolk County Correction Center PMX-5, 200 West Street, Dedham, MA 02027-0149 by first class mail postage pre-paid.

2