IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES T. RICHARDS,

    Plaintiff,

v.

STEPHEN KING, SIMON AND
SCHUSTER, INC. AND WARNER
BROTHERS, INC.

    Defendants.

CIVIL ACTION
NO. 04-12709-WGY

### AFFIDAVIT OF STEPHEN KING IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT DISMISSING THE SECOND AMENDED COMPLAINT

I, Stephen King, being duly sworn, hereby depose and state as follows:

1. I am the author of the work of fiction entitled *The Green Mile*.

2. I completed writing *The Green Mile* on April 28, 1996.

3. I can state with certainty that, until the filing of this lawsuit, I have never known or heard of the plaintiff, James Richards, nor have I ever read, seen or been made aware of any work that may have been written by Mr. Richards. To this date, I have not read or even seen for that matter the works of Mr. Richards that are the subject of this action.

4.  Ever since I can remember (and I can remember back at least to 1988), it has been my policy and practice not to receive or be given by my assistants any unsolicited manuscripts that may arrive in our offices.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 27 DAY OF May 2005,

_____
STEPHEN KING

## CERTIFICATE OF SERVICE

I, Amy B. Spagnole, hereby certify that on 1st day of June, 2005, I caused a copy of the foregoing to be served on Plaintiff, James T. by Richards at 22410 Norfolk County Correction Center PMX-5, 200 West Street, Dedham, MA 02027-0149 by first class mail postage pre-paid.

Amy B. Spagnole

2