IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES T. RICHARDS,

    Plaintiff,

v.

STEPHEN KING, SIMON AND
SCHUSTER, INC. AND WARNER
BROTHERS, INC.

    Defendants.

CIVIL ACTION
NO. 04-12709-WGY

**AFFIDAVIT OF PETER HERBERT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT DISMISSING THE SECOND AMENDED COMPLAINT**

I, Peter Herbert, being duly sworn, hereby depose and state as follows:

1. I am a partner with the law firm Hinckley, Allen & Snyder LLP, attorneys for defendants Stephen King ("King"), Simon & Schuster, Inc. ("Simon & Schuster") and Warner Bros. Entertainment Inc. ("Warner Bros.") in this action. Prior to my recent affiliation with Hinckley, Allen & Snyder LLP, I was a sole practitioner in New York retained to represent the defendants herein and, on March 4, 2005, this court entered an order granting my application for admission *pro hac vice* to enable me to serve as defendants' counsel in this litigation.

2. Shortly following the commencement of this action, I requested the copyright administration firm of Thomson & Thomson to conduct a search of the records of the United States Copyright Office and to provide me with all registration certificates and deposit copies of literary manuscripts to which plaintiff had registered a claim to copyright.

3. In response to my request, Thomson & Thomson provided me with certified copies the following documents:

(a) Copyright Registration Certificate Txu 309-539, filed December 23, 1987, with respect to an unpublished autobiographical work alternatively entitled "The Selling of the President – 2000" or "The Selling of the President – 2000 (A Primer for High School Students)," alleged to have been written in 1987 by plaintiff under the pseudonym James Belcher, and described by plaintiff as a "non-fictional satire of politics, work and mental illness." A certified copy of Copyright Registration Certificate Txu 309-539 is annexed hereto as <u>Exhibit A</u>.

(b) The unpublished manuscript alternatively entitled "The Selling of the President – 2000" or "The Selling of the President – 2000 (A Primer for High School Students)," that is the subject of Copyright Registration Certificate Txu 309-539, a certified copy of which is annexed hereto as <u>Exhibit B</u>.

(c) Copyright Registration Certificate Txu 521-439, filed May 29, 1992, with respect to an unpublished autobiographical work alternatively entitled "Don't Shoot Me, I'm Only Psychotic" or "The Selling of the President – 2000" or "The Selling of the President – 2000 (A Primer for High School Students)," allegedly written in 1992 by plaintiff, and described by him as derived from his prior work entitled "The Selling of the President – 2000" with new material added consisting of "autobiographical material from 12/87 to

2

present; additional essays; letter to vos savant and publishers." A certified copy of Copyright Registration Certificate Txu 521-439 is annexed hereto as <u>Exhibit C</u>.

(d) The unpublished manuscript alternatively entitled "Don't Shoot Me, I'm Only Psychotic" or "The Selling of the President – 2000," that is the subject of Copyright Registration Certificate Txu 521-439, a certified copy of which is annexed hereto as <u>Exhibit D</u>.

(e) Copyright Registration Certificate Txu 666-067, filed December 22, 1994, with respect to an unpublished autobiographical work alternatively entitled "Traveling Through A Psychotic World" or "The Selling of the President – 2000/Don't Shoot Me, I'm Only Psychotic," allegedly written in 1994 by plaintiff, and described by him as derived from his prior works entitled "The Selling of the President – 2000" and "Don't Shoot Me, I'm Only Psychotic" with new material added consisting of "new essays; major rewrite of entire material; letter to United Kingdom." A certified copy of Copyright Registration Certificate Txu 666-067 is annexed hereto as <u>Exhibit E</u>.

(f) The unpublished manuscript alternatively entitled "Traveling Through A Psychotic World" or "The Selling of the President – 2000/Don't Shoot Me, I'm Only Psychotic," that is the subject of Copyright Registration Certificate Txu 666-067, a certified copy of which is annexed hereto as <u>Exhibit F</u>.

4.      Annexed hereto as <u>Exhibit G</u> is a copy of a letter from plaintiff to the Clerk of this District Court of Massachusetts dated May 21, 2005, together with a copy of what plaintiff styles "Motion for Summary Judgment."

SIGNED UNDER THE PENALTIES OF PERJURY THIS 1st DAY OF JUNE 2005.

/s/ Peter Herbert_____

**CERTIFICATE OF SERVICE**

I, Amy B. Spagnole, hereby certify that on the 1st day of June, 2005, I caused a copy of the foregoing to be served on Plaintiff, James T. Richards at 22410 Norfolk County Correction Center PMX-5, 200 West Street, Dedham, MA 02027-0149 by first class mail postage pre-paid.

 /s/ Amy B. Spagnole_____