UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-12709 WGY

JAMES T. RICHARDS          )
                           )
VS.                        )
                           )
STEPHEN KING               )
SIMON AND SCHUSTER, INC.   )
WARNER BROTHERS, INC.      )

### PLAINTIFF'S MOTION TO SEAL

      Now comes plaintiff and hereby requests that this Honorable Court seal all of the manuscripts of plaintiff's which were contained with defendants' "Motion for Summary Judgment" and its associated memorandum.

      As reason therefor, plaintiff states that many portions of said manuscripts were written when plaintiff was having a manic episode and plaintiff avers that he might not have registered them with the copyright office if he had been in his right mind; and that reading certain of the manuscripts may be dangerous to the reader. Specifically, plaintiff avers that of the two people who read a complete version of one of the manuscripts (Yale graduate student Michael Rowe of Naugatuck, CT and Stephen Kelley of One Dickens Row, Scituate, MA), one of them (Kelley) not long after reading the manuscript suffered a full-blown, all-the-symptoms, classic manic episode, even though he had never suffered from any mental illness in his life, and even though he was more than 40 years old at the time of his episode, which is extremely atypical and is long after the age when most people have their first manic episode, which suggests that the ideas in the manuscript could induce a manic episode in the reader and thus could be dangerous to the reader (although it could be fun, too).

      Among the dangers of a manic episode are hypersexuality (an ability to have sex 20-30 times in one day), so if people get wind of the fact that one of my manuscripts can cause hypersexuality they might go flocking to the courthouse like Democrats to a free barbecue. Plus, I don't know if a person has access to my manuscripts on the internet once they are on file in the court, since maybe the manuscripts might be considered a matter of public record. If so, maybe the whole world will start racing to the courthouse computers to download the stuff and before long portions of the manuscript will be flooding Federal Reserve bank emails like applications for free Viagra.

      Here's another thing. When you're in a manic state of mind, a woman who might look "ordinary" now looks incomparably beautiful, so you can imagine that women all over the world will want their boyfriends and husbands to read the manuscript so their men (or the men they want to get) will think they are incomparably beautiful, and the men will be trying to get their women (or women they want to get ) to read the manuscript so the women will see the men as incomparably handsome. In no time at all, the whole world will go crazy, because if you think about it, what if there's a guy who operates a drawbridge and he gets manic and he has his girlfriend over, so then all the traffic backs up because they guy doesn't

even care about putting down the bridge, or putting it up, or maybe even worse he starts putting it up and down faster than it's supposed to go, and cars start getting flung into the air, stuff like that.

I'm not kidding about this hypersexuality stuff. You can read about it in the psychiatrists' diagnostic manual (DSM-IV). The thing is, if some chemist could come up with a drug that induced hypersexuality, so a man could have sex 20-30 times a day, and all the women he looked at he now saw as radiantly beautiful, and the chemist got a patent on the drug and could sell it, that chemist would probably be the richest person in the world in about a year. But if my manuscript could do that, wouldn't that mean that I would be the richest person in about a year, or my publisher would be?

The problem is, if you bring the manuscript to a publisher, the publisher will take all the craziness out of it and publish it like a normal book, and everyone would buy the book thinking they would be in for the time of their life, so if it didn't work maybe they would want their money back, but they wouldn't be able to find the publisher because he/she would be out on a yacht or something having sex until the cows came home, which wouldn't happen at all if you were living on a yacht unless the cows swam out to it.

Anyway, if I were the richest man in the world, I'd certainly be willing to trade all my riches in exchange for getting custody of my daughter so she could grow up in a healthy, loving home, but how can I reason with officials of the U.S. government who think it's no big deal at all to blast apart thousands of little children in Iraq?

Remember the Oklahoma City bombing? I believe 168 people were killed in that blast, 19 of whom were children. In Iraq, the American military has killed not the same number of children as McVeigh did, or twice as many, or ten times as many. In fact, it has killed more than 100 times as many, maybe a thousand times as many. They don't tell you much about this in the U.S. news, because American news sanitizes the ugliness of American actions for the entertainment of the viewing public. Can you picture thousands of children being blown to bits by the nice American soldiers? How about just one child being blown to bits. I guess that's easier to picture. But they don't get too graphic about these kinds of killings because the Americans are just like their God, who is also a murderer of children, and that doesn't bother the Americans either, that they worship a god who is a murderer of children.

China will soon have the biggest economy. Not long afterward, India will have the second-largest economy. If America wants to remain number one, it needs to do so by being number one morally, by living up to the best of its ideals. But America can't even protect one little American girl, which means America better clean up its act right quick, and start doing the right thing, or it's done for. And then the Americans will start looking for scapegoats, and that's when the Jews take a big hit.

Date: 6/7/05                                    Respectfully submitted,

                                                *[signature]*
                                                James T. Richards, 22410, pro se
                                                N.C.C.C., PMX-17
                                                200 West St., PO Box 149
                                                Dedham, MA 02027-0149

2

## CERTIFICATE OF SERVICE

This is to certify that I, James T. Richards, on this 8th day of June, 2005 did serve upon Amy Spagnole, Esq. of

_Hinckley, Allen, Snyder, 28 State St._ , _Boston, MA 02109-1775_

And Peter Herbert of _500 Fifth Ave, 33rd Fl., New York,_

_NY 10110-3398_  a copy of "Plaintiff's Motion to Seal" via first-class mail, postage prepaid.

                                              _James T. Richards_
                                              James T. Richards, pro se
                                              N.C.C.C., PMX-15
                                              200 West St., PO Box 149
                                              Dedham, MA 02027-0149