**HinckleyAllenSnyder**LLP
ATTORNEYS AT LAW

28 State Street
Boston, MA 02109-1775
TEL: 617.345.9000
FAX: 617.345.9020
www.haslaw.com

June 10, 2005

Hon. William G. Young
Chief Judge
United States District Court for the
    District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    Richards v. King et al., 04-CIV-12709-WGY

Dear Judge Young:

We are the attorneys for Defendants in the above-referenced action, and submit this letter in opposition to Plaintiff's application to have the court place under seal the manuscript and its derivatives, authored by Plaintiff, that are the subject of Plaintiff's copyright infringement claim in this action.

The United States Supreme Court acknowledges the presumptive right of the public to access and copy public records and documents, including judicial records and documents. Nixon v. Warner Communications, Inc., 435 US 589, 98 S.Ct. 1306, 55 L.Ed.2d 570 (1978). Such records and documents may only be sealed if the right to access such material is outweighed by the interests in favoring non-disclosure such as where the disclosure of such material would result in serious competitive or financial harm or extreme embarrassment to the requesting party. Nixon, 435 U.S. at 598. Plaintiff has not made any showing that public access to his manuscripts would result in such harm.

The records Plaintiff seeks to have impounded are not private or confidential documents but rather **official public records** of the United States Copyright Office which he himself submitted with his various claims to copyright in 1987, 1992 and 1994, respectively. and such documents have remained in the public record for the past 10 to 20 years. Accordingly, plaintiff has stated no grounds for placing the manuscripts under seal, and his application should be denied. Witucki v. Couture, Case No. 01-10276, 2002 WL 31748841 (E.D. Mich. 2002) (refusing to seal records that were previously held open to the public for seven months).

Respectfully submitted,

/s/ Peter Herbert

Peter Herbert

**HinckleyAllenSnyder**LLP
ATTORNEYS AT LAW

## CERTIFICATE OF SERVICE

I, Amy B. Spagnole, hereby certify that on the 10th day of June, 2005, I caused a copy of the foregoing to be served on Plaintiff, James T. Richards at 22410 Norfolk County Correction Center PMX-5, 200 West Street, Dedham, MA 02027-0149 by first class mail postage pre-paid.

/s/ Amy B. Spagnole