UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES T. RICHARDS<br>    Plaintiff,<br><br>    v.<br><br>STEPHEN KING, SIMON AND<br>SCHUSTER, INC. AND WARNER<br>BROTHERS, INC.<br>    Defendants | CIVIL ACTION<br>NO. 04-12709 |

<u>ORDER</u>

YOUNG, C.J.                                                                                    June 13, 2005

    James T. Richards' Motion for Summary Judgment in his favor [Doc. No. 12] is DENIED.  The Motion for Summary Judgment by Stephen King, Simon and Schuster, Inc., and Warner Brothers, Inc. to dismiss the Second Amended Complaint [Doc. No. 14] is GRANTED.

    SO ORDERED.

                                                /s/ William G. Young

                                                WILLIAM G. YOUNG
                                                CHIEF JUDGE